IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br>Defendants. | **NOTICE TRANSMITTING REVISED SUMMONSES** |

**COME NOW** Plaintiffs Michael Bateman, Virgil Green, Forrest Minges, Jr., GRNC/FFE, Inc., and Second Amendment Foundation, Inc., by and through undersigned counsel, and transmit as exhibits to this Notice revised Summonses to Defendants Beverly Perdue, Reuben F. Young, Stokes County, and City of King, originally filed on June 28, 2010, in response to the Notice of Deficiency dated June 29, 2010, and in compliance with Section J(1) of the Courts Electronic Policy and Procedures Manual.

Respectfully submitted, this the 30th day of June, 2010.

/s/ Andrew Tripp
Andrew Tripp
N.C. State Bar No. 34254
atripp@brookspierce.com
BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
1600 Wachovia Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: 919-839-0300
Facsimile: 919-839-0304
*Local Civil Rule 83.1 Counsel for Plaintiffs*