# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Michael Bateman, et al. ) | | |
|     *Plaintiff* ) | | |
|     v. ) | Case No. | 5:10-cv-265-H |
| Beverly Perdue, et al. ) | | |
|     *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs as Local Civil Rule 83.1 Counsel

Date: 6/30/10

*Attorney's signature*

Kearns Davis - N.C. State Bar No. 22014
*Printed name and bar number*

Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
2000 Renaissance Plaza, 230 North Elm Street
Greensboro, NC 27401

*Address*

kdavis@brookspierce.com
*E-mail address*

(336) 373-8850
*Telephone number*

(336) 378-1001
*FAX number*