# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

| | | |
|---|---|---|
| MICHAEL BATEMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:10-CV-00265-H |
| BEVERLY PERDUE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Beverly Perdue and Reuben F. Young                                                           .

Date:    07/15/2010

*Attorney's signature*

Mark A. Davis, N.C. Bar No. 18142
*Printed name and bar number*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602

*Address*

mdavis@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 5:10-CV-00265-H

|  |  |
|---|---|
| MICHAEL BATEMAN, et al. | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| BEVERLY PERDUE, et al. | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

<u>Beverly Perdue</u>_____ who is <u>Defendant</u>_____ ,
(name of party)                    (plaintiff/defendant/other:_____ )

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

     YES ◯        NO ◉

2. Does party have any parent corporations?

     YES ◯        NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

     YES ◯        NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: _____

Date: July 15, 2010

MICHAEL BATEMAN, et al.    )
Plaintiff(s),        )
            )
vs           )
            )
BEVERLY PERDUE, et al.    )
Defendant(s).       )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Reuben F. Young    who is   Defendant    ,
(name of party)      (plaintiff/defendant/other:_____)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    YES   ◯      NO   ◉

2.  Does party have any parent corporations?

    YES   ◯      NO   ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES   ◯      NO   ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: _Mark A Oer_

Date: _July 15, 2010_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN, )
FORREST MINGES, JR., GRNC/FFE, INC., )
and SECOND AMENDMENT FOUNDATION, )
INC., )
  )
  )
               *Plaintiff*s, )
  )
     v. )
  )
BEVERLY PERDUE, REUBEN F. YOUNG, )
STOKES COUNTY, and CITY OF KING, )
  )
             *Defendants.* )

**MOTION FOR
EXTENSION OF TIME**

NOW COMES the undersigned counsel, on behalf of Defendants Beverly Perdue and Reuben

F. Young (hereafter collectively "the State Defendants"), pursuant to Rule 6(b) of the Federal Rules

of Civil Procedure, and moves the Court for a twenty-day extension of time, up to and including the

15ᵗʰ day of August, 2010, to serve an Answer or other response to Plaintiffs' Complaint.  In support

of this motion, the State Defendants show unto the Court the following:

(1) Plaintiffs' Complaint was served on the State Defendants on or about July 6, 2010 and

the State Defendants' responsive pleading is currently due on July 26, 2010. Thus, the time for

responding to the Complaint has not yet expired;

(2) Counsel for the State Defendants needs additional time to prepare an Answer or otherwise

respond to the Complaint, which contains a constitutional challenge to several North Carolina

statutes;

(3) The State Defendants have not sought any previous extensions of time in this case; and

(4) Counsel for Plaintiffs has stated that he consents to this motion.

WHEREFORE, the State Defendants move the Court for a twenty-day extension of time, up to and including the 15th day of August, 2010, in which to serve an Answer or other response to Plaintiffs' Complaint.

Respectfully submitted, this the 15th day of July 2010.

ROY COOPER Attorney General

/s/Mark A. Davis
Mark A. Davis
Special Deputy Attorney General
Attorney for The State Defendants
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
E-mail: mdavis@ncdoj.gov
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
State Bar No. 18142

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this day, [DATE], I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Walter W. Pitt, Jr.
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
  Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Edward L. Powell
Law Office of Melvin & Powell
Suite 200 Park West
4400 Silas Creek Parkway
Winston-Salem, NC 27104

/s/Mark A. Davis
Special Deputy Attorney General

-3-