IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br>*Defendants*. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

This matter being heard by the undersigned on the motion of Defendants Beverly Perdue and Reuben F. Young for an Order extending their time in which to serve an Answer or other response to Plaintiffs' Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; and it appearing to the Court that the time allowed has not expired and that good cause exists, and that the motion should be allowed;

IT IS THEREFORE ORDERED, that the time for Defendants Beverly Perdue and Reuben F. Young to serve an Answer or other response to Plaintiffs' Complaint be extended up to and including the 15th day of August, 2010.

This the __ day of July, 2010.

_____
CLERK OF COURT