IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **NOTICE OF APPEARANCE** <br> Local Rule 5.2 |

PLEASE TAKE NOTICE that Henry W. Jones, Jr. and Lori P. Jones of the firm Jordan Price Wall Gray Jones & Carlton, PLLC are hereby making an appearance in this matter on behalf of Defendant Stokes County. Henry W. Jones, Jr. and Lori P. Jones are admitted and authorized to practice in the Eastern District of North Carolina. The complete contact information for counsel is as follows:

> Henry W. Jones, Jr. (N.C. Bar No. 8343)
> hjones@jordanprice.com
> Lori P. Jones (N.C. Bar No. 32872)
> ljones@jordanprice.com
> Jordan Price Wall Gray Jones & Carlton, PLLC
> 1951 Clark Avenue
> P.O. Box 10669
> Raleigh, NC 27605
> Telephone: 919-828-2501
> Facsimile: 919-831-4484

All future correspondence, motions, orders, pleadings and other matters intended for Defendant in the above captioned matter should be served on the above-referenced counsel for Defendant.

This the 20th day of July, 2010.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

/s/ Lori P. Jones
Henry W. Jones, Jr. (N.C. Bar No. 8343)
Lori P. Jones (N.C. Bar No. 32872)
*Attorneys for Stokes County*

1951 Clark Avenue
Raleigh, North Carolina 27605
Email: hjones@jordanprice.com
 ljones@jordanprice.com
Telephone: (919) 828-2501
Fax: (919) 831-4484

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will serve notification of such filing on the following:

>Kearns Davis (kdavis@brookspierce.com)
>Andrew Tripp (atripp@brookspierce.com)
>Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
>1600 Wachovia Center
>150 Fayetteville Street
>Raleigh, North Carolina 27601
>*Counsel for Plaintiffs*
>
>Mark A. Davis (mdavis@ncdoj.gov)
>Special Deputy Attorney General
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 27602
>*Counsel for Beverly Perdue and Reuben F. Young*

This the 20th day of July, 2010.

>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
>
>/s/ Lori P. Jones
>Lori P. Jones (N.C. Bar No. 32872)
>*Attorneys for Stokes County*