IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING,<br><br>Defendants. | **MOTION FOR EXTENSTION OF TIME**<br>Fed. R. Civ. P. 6 |

NOW COMES Defendant Stokes County ("County"), by and through its attorneys of record listed below, and hereby moves pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1 for a twenty (20) day extension of time in which to answer or otherwise respond to Plaintiffs' Complaint. In support of this Motion, the County shows unto the Court as follows:

1. Plaintiffs' Complaint was served on the County on or about July 2, 2010, and the County's responsive pleading is currently due on July 23, 2010. Accordingly, the time for responding to Plaintiffs' Complaint has not yet expired.

2. Counsel for the County needs additional time in which to prepare a response to Plaintiffs' Complaint which alleges the unconstitutionality of certain statutes.

3. The County has not previously sought an extension of time to respond to Plaintiffs' Complaint.

4. Counsel for Plaintiffs has consented to such an extension.

WHEREFORE, for the reasons set forth herein, the County respectfully moves that the Court extend the time for answering or otherwise responding to Plaintiffs' Complaint by twenty (20) days up to and including August 12, 2010.

This the 20th day of July, 2010.

                JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

                /s/ Lori P. Jones
                Henry W. Jones, Jr. (N.C. Bar No. 8343)
                Lori P. Jones (N.C. Bar No. 32872)
                *Attorneys for Stokes County*

                1951 Clark Avenue
                Raleigh, North Carolina 27605
                Email: hjones@jordanprice.com
                        ljones@jordanprice.com
                Telephone: (919) 828-2501
                Fax: (919) 831-4484

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will serve notification of such filing on the following:

>Kearns Davis (kdavis@brookspierce.com)
>Andrew Tripp (atripp@brookspierce.com)
>Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
>1600 Wachovia Center
>150 Fayetteville Street
>Raleigh, North Carolina 27601
>*Counsel for Plaintiffs*
>
>Mark A. Davis (mdavis@ncdoj.gov)
>Special Deputy Attorney General
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 27602
>*Counsel for Beverly Perdue and Reuben F. Young*

This the 20th day of July, 2010.

>JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
>
>/s/ Lori P. Jones
>Lori P. Jones (N.C. Bar No. 32872)
>*Attorneys for Stokes County*