IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN,  )
FORREST MINGES, JR., GRNC/FFE, INC.,  )
and SECOND AMENDMENT FOUNDATION,  )
INC.,  )
  )
                  *Plaintiff*s,  )
  )        **MOTION FOR**
      v.  )   **EXTENSION OF TIME**
  )
BEVERLY PERDUE, REUBEN F. YOUNG,  )
STOKES COUNTY, and CITY OF KING,  )
  )
                *Defendants.*  )

NOW COMES the undersigned counsel, on behalf of Defendants Beverly Perdue and Reuben F. Young (hereafter collectively "the State Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves the Court for a twenty-day extension of time, up to and including the 15th day of August, 2010, to serve an Answer or other response to Plaintiffs' Complaint. In support of this motion, the State Defendants show unto the Court the following:

(1) Plaintiffs' Complaint was served on the State Defendants on or about July 6, 2010 and the State Defendants' responsive pleading is currently due on July 26, 2010. Thus, the time for responding to the Complaint has not yet expired;

(2) Counsel for the State Defendants needs additional time to prepare an Answer or otherwise respond to the Complaint, which contains a constitutional challenge to several North Carolina statutes;

(3) The State Defendants have not sought any previous extensions of time in this case; and

(4) Counsel for Plaintiffs has stated that he consents to this motion.

WHEREFORE, the State Defendants move the Court for a twenty-day extension of time, up to and including the 15th day of August, 2010, in which to serve an Answer or other response to Plaintiffs' Complaint.

Respectfully submitted, this the 15th day of July 2010.

ROY COOPER Attorney General

/s/Mark A. Davis
Mark A. Davis
Special Deputy Attorney General
Attorney for The State Defendants
N.C. Department of Justice
Post Office Box 629
Raleigh, NC  27602
E-mail:  mdavis@ncdoj.gov
Telephone:  (919) 716-6900
Facsimile:  (919) 716-6763
State Bar No. 18142

## CERTIFICATE OF SERVICE

I hereby certify that on this day, [DATE], I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Walter W. Pitt, Jr.
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
  Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Edward L. Powell
Law Office of Melvin & Powell
Suite 200 Park West
4400 Silas Creek Parkway
Winston-Salem, NC 27104

/s/Mark A. Davis
Special Deputy Attorney General