IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br>         *Plaintiffs*, <br><br>v. <br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br>         *Defendants*. | **CERTIFICATE OF SERVICE** |

I hereby certify that on this day, July 20, 2010, I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Edward L. Powell
Law Office of Melvin & Powell
Suite 200 Park West
4400 Silas Creek Parkway
Winston-Salem, NC 27104

                /s/Mark A. Davis
                Special Deputy Attorney General