IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

NOW COMES Defendant City of King, through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and hereby moves the Court for a twenty-day extension of time, through and including August 17, 2010, to serve an Answer or other response to Plaintiffs' Complaint. In support of this motion, the City of King shows unto the Court the following:

1. Plaintiffs' Complaint was served on the City of King on or about July 7, 2010 and the City of King's responsive pleading is currently due on July 28, 2010. Accordingly, the time for responding to the Complaint has not yet expired;

2. Counsel for the City of King needs additional time to prepare an Answer or otherwise respond to the Complaint;

3. The City of King has not sought any previous extensions of time in this case; and

4. Counsel for Plaintiffs consent to the relief requested herein.
#498143v1

WHEREFORE, the City of King moves the Court for a twenty (20) day extension of time, through and including August 17, 2010, in which to serve its Answer or other response to Plaintiffs' Complaint.

Respectfully submitted this 22nd[t] day of July, 2010.

        /s/ KEVIN G. WILLIAMS
        Walter W. Pitt, Jr. (N.C. State Bar No. 3467)
        wpitt@belldavispitt.com
        Kevin G. Williams (N.C. State Bar No. 25760)
        kwilliams@belldavispitt.com
        BELL, DAVIS & PITT, P.A.
        Post Office Box 21029
        Winston-Salem, NC 27120
        Telephone: 336/722-3700
        Facsimile: 336/722-8153
        *Attorneys for Defendant City of King*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Kearns Davis
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD, L.L.P.
P.O. Box 26000
230 N. Elm Street, Suite 2000
Greensboro, NC 27420-6000
kdavis@brookspierce.com

*Attorney for Plaintiffs*

Mark Allen Davis
NORTH CAROLINA DEPARTMENT OF JUSTICE
Special Litigation
P.O. Box 629
Raleigh, NC 27602-0629
mdavis@ncdoj.gov

*Attorney for Beverly Perdue and Reuben F. Young*

Andrew Tripp
BROOKS PIERCE MCLENDON HUMPHREY &
  LEONARD, L.L.P.
P.O. Box 1800
Wachovia Capitol Center
150 Fayetteville St., Suite 1600
Raleigh, NC 27602
atripp@brookspierce.com

*Attorney for Plaintiffs*

Lori Peoples Jones
Jordan Price Wall Gray Jones &
  Carlton, PLLC
P. O. Box 10669
Raleigh, NC 27605
ljones@jordanprice.com

*Attorney for Stokes County*

/s/ KEVIN G. WILLIAMS
Walter W. Pitt, Jr. (N.C. State Bar No. 3467)
wpitt@belldavispitt.com
Kevin G. Williams (N.C. State Bar No. 25760)
kwilliams@belldavispitt.com
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC 27120
Telephone: 336/722-3700
Facsimile: 336/722-8153
*Attorneys for Defendant City of King*