IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN, )
FORREST MINGES, JR., GRNC/FFE, INC., )
and SECOND AMENDMENT )
FOUNDATION, INC., )
)
    Plaintiffs, )
) **ORDER GRANTING EXTENSTION**
) **OF TIME**
v. )
)
)
BEVERLY PERDUE, REUBEN F. YOUNG, )
STOKES COUNTY, and CITY OF KING, )
)
    Defendants. )

Upon Motion of Defendant Stokes County, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, and it appearing that the time allowed for a response has not yet expired, and for good cause shown, the Motion of Defendant Stokes County for an extension of time is granted; and

IT IS HEREBY ORDERED that Defendant Stokes County shall have up to and including the 12th day of August, 2010, to answer or otherwise respond to Plaintiffs' Complaint in this civil action.

This the ____ day of July, 2010.

_____
Clerk of Court