IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PURDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **ORDER** |

For good cause shown in the foregoing Motion, it is hereby ordered that Defendant City of King be allowed through and including _August 17, 2010_ within which to serve its Answer or other response to Plaintiffs' Complaint.

This the 16th day of July, 2010.

_[signature]_