# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Michael Bateman, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 5:10-cv-265-H |
| Beverly Perdue, et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 08/10/2010

_Attorney's signature_

Alan Gura - VA State Bar No. 68842
_Printed name and bar number_

Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
_Address_

alan@gurapossessky.com
_E-mail address_

(703) 835-9085
_Telephone number_

(703) 997-7665
_FAX number_