IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING,<br><br>*Defendants*. | **STATE DEFENDANTS' MOTION TO DISMISS** |

NOW COME Defendants Beverly Perdue and Reuben F. Young, in their individual and official capacities, and move for the dismissal of this action pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure based on Plaintiffs' failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction.

Respectfully submitted, this the 13th day of August 2010.

    ROY COOPER
    Attorney General

    /s/Mark A. Davis
    Mark A. Davis
    Special Deputy Attorney General
    Attorney for The State Defendants
    N.C. Department of Justice
    Post Office Box 629
    Raleigh, NC 27602
    E-mail: mdavis@ncdoj.gov
    Telephone: (919) 716-6900
    Facsimile: (919) 716-6763
    State Bar No. 18142

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 13 August 2010, I electronically filed the foregoing **STATE DEFENDANTS' MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
 Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

/s/Mark A. Davis
Special Deputy Attorney General