INDEX OF EXHIBITS

A. *United States v. Riley*, 359 Fed. Appx. 402 (4th Cir. 2010)

B. *Gonzalez v. Vill. of W. Milwaukee*, No. 09CV0384, 2010 U.S. Dist. LEXIS 46281 (E.D. Wis. May 11, 2010)

C. *Kodak v. Holder*, 342 Fed. Appx. 907 (4th Cir. 2009)

D. *United States v. Cooper*, 351 Fed. Appx. 814 (4th Cir. 2009)

E. *Mullenix v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*, No. 5:07-CV-154, 2008 U.S. Dist. LEXIS 51059 (E.D.N.C. July 2, 2008)

F. *United States v. Dorosan*, 350 Fed. Appx. 874 (5th Cir. 2009)

G. *United States v. Richard*, 350 Fed. Appx. 252 (10th Cir. 2009)

H. *United States v. Davis*, 304 Fed. Appx. 473 (9th Cir. 2008)

I. *United States v. Walters*, No. 2008-31, 2008 U.S. Dist. LEXIS 53455 (D.V.I. July 15, 2008)

J. *Ostergren v. Cuccinelli*, No. 09-1723, 2010 U.S. App. LEXIS 15254 (4th Cir. July 26, 2010)

K. *Boyle v. McClung*, No. 3-92-0602, 1992 U.S. Dist. LEXIS 21558 (D. Minn. Dec. 11, 1992)