# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Michael Bateman, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 5:10-cv-265-H |
| Beverly Perdue, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 08/13/2010

*Attorney's signature*

Alan Gura - VA State Bar No. 68842
*Printed name and bar number*

Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
*Address*

alan@gurapossessky.com
*E-mail address*

(703) 835-9085
*Telephone number*

(703) 997-7665
*FAX number*

CERTIFICATE OF SERVICE

   I hereby certify that on this the 13th day of August, 2010, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
 Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

Mark A. Davis
Special Deputy Attorney General
North Carolina Dept. of Justice
P. O. Box 629
Raleigh, NC 27602

    /s/Alan Gura
    Counsel for Plaintiffs