IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **DEFENDANT CITY OF KING'S MOTION TO** |
| v. | ) ) | **DISMISS** |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY and CITY OF KING, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant City of King hereby moves the Court for entry of an Order dismissing Plaintiffs' Complaint against the City of King, with prejudice, on the grounds that Plaintiffs have failed to state a claim upon which relief may be granted. A Memorandum of Law in Support of this Motion is submitted herewith, pursuant to L.R. 7.1 and 7.2, E.D.N.C.

Respectfully submitted this the 17th day of August, 2010.

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
   wpitt@belldavispitt.com

*Attorneys for Defendant City of King*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>ALAN GURA
>Gura & Possessky, PLLC
>101 N. Columbus St., Suite 405
>Alexandria, VA 22314
>Email: alan@gurapossessky.com
>*Attorney for Plaintiffs*
>
>KEARNS DAVIS
>ANDREW TRIPP
>Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
>1600 Wachovia Center
>150 Fayetteville Street
>Raleigh, North Carolina 27601
>Email: kdavis@brookspierce.com
>       atripp@brookspierce.com
>*Attorneys for Plaintiffs*
>
>HENRY W. JONES, JR.
>LORI P. JONES
>Jordan Price Wall Gray Jones & Carlton, PLLC
>1951 Clark Avenue
>Raleigh, North Carolina 27605
>Email: hjones@jordanprice.com
>       ljones@jordanprice.com
>*Attorneys for Defendant Stokes County*
>
>MARK A. DAVIS
>Special Deputy Attorney General
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 27602
>Email: mdavis@ncdoj.gov
>*Attorney for Defendants Beverly Perdue and Reuben F. Young*

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
       wpitt@belldavispitt.com