THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **CONSENT MOTION TO EXTEND TIME** |

COME NOW Plaintiffs Michael Bateman, Virgil Green, Forrest Minges, Jr., GRNC/FFE, Inc. and Second Amendment Foundation, Inc. ("Plaintiffs"), through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rules 6.1and 77.2, and show the Court that the time in which to file Plaintiffs' responses has not expired since each of Defendants Stokes County's, Perdue's, Young's, and City of King's respective Motions to Dismiss were filed on August 11, 13 and 17, 2010, respectively, and that additional time is needed to prepare Plaintiffs' responses in opposition to such motions in light of the issues present in this case and Plaintiffs' counsel's schedule and to avoid disparate deadlines for each response.

Plaintiffs' counsel has consulted with each of Defendants' counsel, and each has consented to an extension of time in which to respond through and including September

24, 2010. Accordingly, Plaintiffs move the Court to extend the time in which they may file their responses to each of Defendant Stokes County's, Defendant Perdue's, Defendant Young's and Defendant City of King's respective Motions to Dismiss through and including September 24, 2010.

This the 2nd of September, 2010.

/s/ Andrew T. Tripp
Kearns Davis
N.C. State Bar No. 22014
kdavis@brookspierce.com
Andrew T. Tripp
N.C. State Bar No. 34254
atripp@brookspierce.com

BROOKS, PIERCE, MCLENDON,
　HUMPHREY & LEONARD, L.L.P.
1600 Wachovia Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Local Civil Rule 83.1 Counsel for Plaintiffs*

Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
Telephone: 703-835-9085
Facsimile: 703-997-7665

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on September 2, 2010, I electronically filed the foregoing document (with exhibit(s) and proposed order(s), if any) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Mark Allen Davis, attorney for Defendants Perdue and Young; Lori Peoples Jones, attorney for Defendant Stokes County; and Kevin G. Williams, attorney for Defendant City of King and I hereby certify that I have mailed the same document(s) identified above to the following non-CM/ECF participants: [n/a].

| Of Counsel: | Respectfully submitted, |
|---|---|
| BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.<br>P.O. Box 1800<br>Raleigh, NC 27602<br>Telephone: 919-839-0300<br>Facsimile: 919-839-0304 | /s/ Andrew T. Tripp<br>Andrew T. Tripp<br>N.C. Bar No. 34254<br>E-mail: atripp@brookspierce.com<br><br>*Local Civil Rule 83.1*<br>*Counsel for Plaintiffs* |