THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **ORDER ON CONSENT MOTION TO EXTEND TIME** |

On motion of Plaintiffs Michael Bateman, Virgil Green, Forrest Minges, Jr., GRNC/FFE, Inc. and Second Amendment Foundation, Inc. ("Plaintiffs") and for good cause shown and with the consent of each of Defendants Stokes County, Perdue, Young, and City of King, IT IS HEREBY ORDERED that the time period within which Plaintiffs may file their responses to Defendants' respective Motions to Dismiss is extended through and including September 24, 2010.

This the ____ day of September, 2010.

_____
Clerk, United States District Court