CITY OF KING
PROCLAMATION OF A STATE OF EMERGENCY

Section 1. Pursuant to Chapter 166A of the General Statutes and Article 36A Chapter 14 of the General Statutes, I have determined that a state of emergency as defined exists in the City of King.

Section 2. I, therefore, proclaim the existence of a state of emergency in the City of King.

Section 3. I, hereby order all law enforcement officers and employees, and all other emergency management workers subject to my control to cooperate in the enforcement and implementation of the provisions of the City emergency ordinances which are set forth below.

Section 4. Evacuation. I have determined that, in the best interest of public safety and protection, it is necessary to evacuate the civilian population from the _N/A_ areas of the City of King. Citizens are free to use any type of transportation, but they are to use only (routes): _N/A_

in leaving the county. Evacuation is to occur as soon as possible. Further proclamation concerning evacuation will be issued as needed.

Section 5. Curfew. Unless a member of a law enforcement agency or the emergency management program, every person who is located within City of King is to be inside a house dwelling from the hours of _12 AM_ to _5 AM_.

Section 6. No Alcoholic Beverages. There shall be no sale, consumption, transportation, or possession of alcoholic beverages during the state of emergency in the City of King, except possession or consumption is allowed on a person's own premises.

Section 7. No Firearms, ammunition, or Explosives. During the state of emergency, there shall be no sale or purchase of any type of firearm or ammunition, or any possession of such items along with any type of explosive off owner's own premises.

Section 8. Restrictions on Access to Areas. During the state of emergency, there shall be no access or attempting to obtain access to any area which has been barricaded, or otherwise clearly posted indicating that access is denied or restricted by law enforcement officers.

Section 9. Execution of Emergency Plan. All civilians and emergency management workers are ordered to comply with the Emergency Operations Plan.

Section 10. This proclamation shall become effective immediately. Proclaimed this the _5th_ day of _Feb. 2010_, at _13:00_.

_[signature]_
Mayor, City of King

6