IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

NOW COMES the undersigned counsel, on behalf of Defendants Beverly Perdue and Reuben F. Young (hereafter collectively "the State Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves the Court for an extension of time, up to and including the 17th day of October, 2010, in which to file a reply brief in support of their Motion to Dismiss. In support of this motion, the State Defendants show unto the Court the following:

(1) Plaintiffs' memorandum in opposition to the State Defendants' Motion to Dismiss was served on the State Defendants on or about September 24, 2010, and the State Defendants' reply brief in support of the Motion to Dismiss is currently due on or about October 4, 2010;

(2) Counsel for the State Defendants intends to submit a reply brief in support of their Motion to Dismiss and respectfully submits that he needs additional time in which to do so. The undersigned counsel currently has two briefs due in the North Carolina Court of Appeals in October, 2010 and will be out of the office on September 30, 2010; and

(3) Counsel for Plaintiffs has stated that he consents to this motion.

WHEREFORE, the State Defendants move the Court for an extension of time, up to and including the 17th day of October, 2010, in which to file a reply brief in support of their Motion to Dismiss.

Respectfully submitted, this the 27th day of September 2010.

    ROY COOPER
    Attorney General

    /s/Mark A. Davis
    Mark A. Davis
    Special Deputy Attorney General
    Attorney for The State Defendants
    N.C. Department of Justice
    Post Office Box 629
    Raleigh, NC  27602
    E-mail:  mdavis@ncdoj.gov
    Telephone:  (919) 716-6900
    Facsimile:  (919) 716-6763
    State Bar No. 18142

# CERTIFICATE OF SERVICE

I hereby certify that on this day, the 27th of September, 2010, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
  Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
  Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

/s/Mark A. Davis
Special Deputy Attorney General