IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **ORDER GRANTING STATE DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

This matter being heard by the undersigned on the motion of Defendants Beverly Perdue and Reuben F. Young for an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure extending their time in which to file a reply brief in support of their Motion to Dismiss; and it appearing to the Court that the time allowed has not expired, that good cause exists, that Plaintiffs have consented to the motion, and that the motion should be allowed;

IT IS THEREFORE ORDERED that the time for Defendants Beverly Perdue and Reuben F. Young to file a reply brief in support of their Motion to Dismiss be extended up to and including the 17th day of October, 2010.

This the 27th day of September, 2010.

*Julie Richards*
CLERK OF COURT