IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | **ORDER** |

Based on the Motion for Extension of Page Limitation submitted by Defendants Beverly Perdue and Reuben F. Young (collectively "the State Defendants") and for good cause shown, it is hereby ORDERED that the State Defendants' motion is GRANTED and that the State Defendants are hereby granted leave to file a reply brief in support of their Motion to Dismiss up to and including eighteen pages in length.

This the 6th day of October, 2010.

_____
HONORABLE WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE