IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BATEMAN, et al., | ) | Case No. 5:10-CV-265-H |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| v. | ) | |
| | ) | |
| BEVERLY PERDUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs, Michael Bateman, Virgil Green, Forrest Minges, Jr., GRNC/FFE, Inc., and Second Amendment Foundation, Inc., by and through undersigned counsel, and move this Honorable Court for entry of summary judgment in their favor and against defendants pursuant to Federal Rule of Civil Procedure 56.

Dated: November 8, 2010

Respectfully submitted,

/s/ Alan Gura
Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

*Counsel for Plaintiffs*

/s/ Andrew Tripp
N.C. State Bar 34254
atripp@brookspierce.com

Andrew Tripp
Kearns Davis
BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
1600 Wachovia Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Local Civil Rule 83.1 Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

       I hereby certify that on this the 8th day of November, 2010, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
   Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
   Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Mark A. Davis
Special Deputy Attorney General
North Carolina Dept. of Justice
P. O. Box 629
Raleigh, NC 27602

          /s/Alan Gura
          Counsel for Plaintiffs