IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | **CONSENT MOTION FOR EXTENSION OF TIME** |

NOW COMES the undersigned counsel, on behalf of Defendants Beverly Perdue and Reuben F. Young (hereafter collectively "the State Defendants"), and moves the Court for a fourteen day extension of time, up to and including the 16th day of December, 2010, to serve a response to Plaintiffs' Motion for Summary Judgment. In support of this motion, the State Defendants show unto the Court the following:

(1) The State Defendants' memorandum in opposition to Plaintiffs' Motion for Summary Judgment is currently due on December 2, 2010;

(2) Counsel for the State Defendants needs additional time to respond to the Motion for Summary Judgment. The undersigned counsel for the State Defendants currently has two briefs in connection with dispositive motions due in North Carolina Superior Court and one appellate brief due in the North Carolina Court of Appeals between the present date and December 2, 2010 and has three hearings in North Carolina Superior Court scheduled to occur during that same period of time; and

(3) Counsel for Plaintiffs has stated that he consents to this motion.

WHEREFORE, the State Defendants move the Court for a fourteen-day extension of time, up to and including the 16th day of December, 2010, in which to file a brief in opposition to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted, this the 10th day of November 2010.

ROY COOPER
Attorney General

/s/Mark A. Davis
Mark A. Davis
Special Deputy Attorney General
Attorney for The State Defendants
N.C. Department of Justice
Post Office Box 629
Raleigh, NC  27602
E-mail:  mdavis@ncdoj.gov
Telephone:  (919) 716-6900
Facsimile:  (919) 716-6763
State Bar No. 18142

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the 10th of November, 2010, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
 Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

/s/Mark A. Davis
Special Deputy Attorney General