IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN, )
FORREST MINGES, JR., GRNC/FFE, INC., )
and SECOND AMENDMENT FOUNDATION, )
INC., )
)
Plaintiffs, )
) **ORDER GRANTING CONSENT**
v. ) **MOTION FOR EXTENSION OF TIME**
)
BEVERLY PERDUE, REUBEN F. YOUNG, )
STOKES COUNTY, and CITY OF KING, )
)
Defendants. )

This matter being heard by the undersigned on the motion of Defendants Beverly Perdue and Reuben F. Young for an Order extending their time in which to file a memorandum in opposition to Plaintiffs' Motion for Summary Judgment; and it appearing to the Court that the time allowed has not expired, that good cause exists, that Plaintiffs have consented to the motion, and that the motion should be allowed;

IT IS THEREFORE ORDERED that the time for Defendants Beverly Perdue and Reuben F. Young to file a memorandum in opposition to Plaintiffs' Motion for Summary Judgment be extended up to and including the 16th day of December, 2010.

This the 10th day of November, 2010.

Julie Richards
: CLERK OF COURT