IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSTION OF TIME**<br>Fed. R. Civ. P. 6 |

NOW COMES Defendant Stokes County ("County"), by and through its attorneys of record listed below, and hereby moves pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1 for a fourteen (14) day extension of time, up to and including December 16, 2010, in which to respond to Plaintiffs' Motion for Summary Judgment. In support of this Motion, the County shows unto the Court as follows:

1. The County's response to Plaintiffs' Motion for Summary Judgment is currently due on December 2, 2010.

2. Counsel for the County needs additional time in which to prepare a response to Plaintiffs' Motion for Summary Judgment which raises significant constitutional issues.

3. Counsel for Plaintiffs has consented to such an extension.

WHEREFORE, for the reasons set forth herein, the County respectfully moves that the Court extend the time for the County to file a brief in opposition to and otherwise respond to

Plaintiffs' Motion for Summary Judgment by fourteen (14) days, up to and including December 16, 2010.

This the 22nd day of November, 2010.

                JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

                    /s/ Lori P. Jones
                Henry W. Jones, Jr. (N.C. Bar No. 8343)
                Lori P. Jones (N.C. Bar No. 32872)
                *Counsel for Stokes County*

                1951 Clark Avenue
                Raleigh, North Carolina 27605
                Email: hjones@jordanprice.com
                          ljones@jordanprice.com
                Telephone: (919) 828-2501
                Fax: (919) 831-4484

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will serve notification of such filing on the following:

> Alan Gura (alan@gurapossessky.com)
> Bura & Possessky, PLLC
> 101 N. Columbus Street, Suite 405
> Alexandria, Virginia  22314
> *Counsel for Plaintiffs*
>
> Kearns Davis (kdavis@brookspierce.com)
> Andrew Tripp (atripp@brookspierce.com)
> Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
> 1600 Wachovia Center
> 150 Fayetteville Street
> Raleigh, North Carolina  27601
> *Counsel for Plaintiffs*
>
> Mark A. Davis (mdavis@ncdoj.gov)
> Special Deputy Attorney General
> N.C. Department of Justice
> P.O. Box 629
> Raleigh, North Carolina  27602
> *Counsel for Beverly Perdue and Reuben F. Young*
>
> Walter W. Pitt, Jr. (wpitt@belldavispitt.com)
> Kevin G. Williams (kwilliams@belldavispitt.com)
> Bell, Davis & Pitt, P.A.
> P.O. Box 21029
> Winston-Salem, North Carolina  27120
> *Counsel for Defendant City of King*

This the 22nd day of November, 2010.

> JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
>
> /s/  Lori P. Jones
> Lori P. Jones (N.C. Bar No. 32872)
> *Counsel for Stokes County*