IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., ) ) ) ) ) | |
| Plaintiffs, ) ) | **CONSENT MOTION FOR EXTENSION OF TIME FOR THE CITY OF KING TO** |
| vs. ) ) | **RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, ) ) ) ) | |
| Defendants. ) | |

NOW COMES Defendant City of King, through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and hereby moves the Court for an extension of time, through and including December 16, 2010, within which to serve its Response to Plaintiffs' Motion for Summary Judgment. Counsel for Plaintiffs consent to the relief requested herein.

WHEREFORE, the City of King moves the Court for an extension of time, through and including December 16, 2010, in which to serve its Response to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this 22nd day of November, 2010.

/s/ KEVIN G. WILLIAMS
Walter W. Pitt, Jr. (N.C. State Bar No. 3467)
wpitt@belldavispitt.com
Kevin G. Williams (N.C. State Bar No. 25760)
kwilliams@belldavispitt.com

#511079v1

BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC 27120
Telephone: 336/722-3700
Facsimile: 336/722-8153
*Attorneys for Defendant City of King*

#511079v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR THE CITY OF KING TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
alan@gurapossessky.com

Kearns Davis
BROOKS PIERCE MCLENDON HUMPHREY &
  LEONARD, L.L.P.
P.O. Box 26000
230 N. Elm Street, Suite 2000
Greensboro, NC 27420-6000
kdavis@brookspierce.com

*Attorneys for Plaintiffs*

Mark Allen Davis
NORTH CAROLINA DEPARTMENT
  OF JUSTICE
Special Litigation
P.O. Box 629
Raleigh, NC 27602-0629
mdavis@ncdoj.gov

*Attorney for Beverly Perdue and
Reuben F. Young*

#511079v1

Andrew Tripp
BROOKS PIERCE MCLENDON HUMPHREY &
   LEONARD, L.L.P.
P.O. Box 1800
Wachovia Capitol Center
150 Fayetteville St., Suite 1600
Raleigh, NC 27602
atripp@brookspierce.com

*Attorney for Plaintiffs*

Lori Peoples Jones
Jordan Price Wall Gray Jones &
   Carlton, PLLC
P. O. Box 10669
Raleigh, NC 27605
ljones@jordanprice.com

*Attorney for Stokes County*

/s/ KEVIN G. WILLIAMS
Walter W. Pitt, Jr. (N.C. State Bar No. 3467)
wpitt@belldavispitt.com
Kevin G. Williams (N.C. State Bar No. 25760)
kwilliams@belldavispitt.com
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC 27120
Telephone:   336/722-3700
Facsimile:   336/722-8153
*Attorneys for Defendant City of King*