IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| BEVERLY PURDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) ) | |
| Defendants. | ) | |

For good cause shown in the foregoing Motion, it is hereby ordered that Defendant City of King be allowed through and including _____ within which to serve its Response to Plaintiffs' Motion for Summary Judgment.

This the _____ day of _____, 2010.

_____
Judge Presiding

#511079v1