IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Upon Motion of Defendant Stokes County, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, and it appearing that the time allowed for a response has not yet expired, and for good cause shown, the Motion of Defendant Stokes County for an extension of time to respond to Plaintiffs' Motion for Summary Judgment is granted; and

IT IS HEREBY ORDERED that Defendant Stokes County shall have up to and including the 16th day of December, 2010, to file a brief in opposition to and otherwise respond to Plaintiffs' Motion for Summary Judgment.

This the 22nd day of November, 2010.

_Julie Richards_
Clerk of Court