IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-cv-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC. and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| BEVERLY PURDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) ) ) | |
| Defendants. | ) | |

For good cause shown in the foregoing Motion, it is hereby ordered that Defendant City of King be allowed through and including December 16, 2010 within which to serve its Response to Plaintiffs' Motion for Summary Judgment.

This the 23rd day of November, 2010.

_____
DENNIS P. IAVARONE, CLERK