IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | **MOTION FOR** |
| v. | ) ) | **SUMMARY JUDGMENT** |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) | |
| *Defendants.* | ) | |

NOW COME Defendants Beverly Perdue and Reuben Young (hereafter "the State Defendants"), through counsel, and hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as to all claims asserted against them in this action on the ground that – as set out more fully in the accompanying memorandum of law – there is no genuine issue of material fact and the State Defendants are entitled to judgment as a matter of law.

Respectfully submitted, this the 15th day of December 2010.

        ROY COOPER
        Attorney General

        /s/Mark A. Davis
        Mark A. Davis
        Special Deputy Attorney General
        Attorney for The State Defendants
        N.C. Department of Justice
        Post Office Box 629
        Raleigh, NC 27602
        E-mail: mdavis@ncdoj.gov
        Telephone: (919) 716-6900
        Facsimile: (919) 716-6763
        State Bar No. 18142

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 15, 2010, I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Andrew T. Tripp
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
 Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

/s/Mark A. Davis
Special Deputy Attorney General