IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN, )
FORREST MINGES, JR., GRNC/FFE, INC., )
and SECOND AMENDMENT FOUNDATION, )
INC., )
                Plaintiffs, )
v. )
BEVERLY PERDUE, REUBEN F. YOUNG, )
STOKES COUNTY and CITY OF KING, )
                Defendants. )

**DEFENDANT CITY OF KING'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant City of King submits this Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and hereby adopts and incorporates by reference, as if completely set forth herein, the arguments set forth in the State Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment.

Wherefore, Defendant City of King requests that the Court enter an Order denying Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this the 16th day of December, 2010.

                                      /s/ Kevin G. Williams
                                      Kevin G. Williams
                                      N.C. State Bar No. 25760
                                      Walter W. Pitt, Jr.
                                      N.C. State Bar No. 3467

BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
      wpitt@belldavispitt.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I electronically filed the foregoing DEFENDANT CITY OF KING'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ALAN GURA
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
Email: alan@gurapossessky.com
*Attorney for Plaintiffs*

KEARNS DAVIS
ANDREW TRIPP
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
1600 Wachovia Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Email: kdavis@brookspierce.com
atripp@brookspierce.com
*Attorneys for Plaintiffs*

HENRY W. JONES, JR.
LORI P. JONES
Jordan Price Wall Gray Jones & Carlton, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
Email: hjones@jordanprice.com
ljones@jordanprice.com
*Attorneys for Defendant Stokes County*

MARK A. DAVIS
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Email: mdavis@ncdoj.gov
*Attorney for Defendants Beverly Perdue and Reuben F. Young*

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
wpitt@belldavispitt.com