IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY and CITY OF KING, <br><br> Defendants. | **DEFENDANT CITY OF KING'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant City of King hereby moves for summary judgment as to all claims asserted against it in this action on the ground that there is no genuine issue of material fact and the City of King is entitled to judgment as a matter of law. A Memorandum of Law in Support of this Motion is submitted herewith, pursuant to L.R. 7.1 and 7.2, E.D.N.C.

Respectfully submitted this the 16th day of December, 2010.

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
       wpitt@belldavispitt.com

*Attorneys for Defendant City of King*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>ALAN GURA
>Gura & Possessky, PLLC
>101 N. Columbus St., Suite 405
>Alexandria, VA 22314
>Email: alan@gurapossessky.com
>*Attorney for Plaintiffs*
>
>KEARNS DAVIS
>ANDREW TRIPP
>Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
>1600 Wachovia Center
>150 Fayetteville Street
>Raleigh, North Carolina 27601
>Email: kdavis@brookspierce.com
>       atripp@brookspierce.com
>*Attorneys for Plaintiffs*
>
>HENRY W. JONES, JR.
>LORI P. JONES
>Jordan Price Wall Gray Jones & Carlton, PLLC
>1951 Clark Avenue
>Raleigh, North Carolina 27605
>Email: hjones@jordanprice.com
>       ljones@jordanprice.com
>*Attorneys for Defendant Stokes County*
>
>MARK A. DAVIS
>Special Deputy Attorney General
>N.C. Department of Justice
>P.O. Box 629
>Raleigh, North Carolina 27602
>Email: mdavis@ncdoj.gov
>*Attorney for Defendants Beverly Perdue and Reuben F. Young*

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
       wpitt@belldavispitt.com