IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY and CITY OF KING, <br><br> Defendants. | **DEFENDANT CITY OF KING'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Defendant City of King submits this Memorandum of Law in Support of its Motion for Summary Judgment and hereby adopts and incorporates by reference, as if completely set forth herein, the arguments set forth in its previously filed Memorandum of Law in Support of its Motion to Dismiss, together with the arguments set forth in the Brief in Support of the State Defendants' Motion for Summary Judgment.

Wherefore, Defendant City of King requests that the Court enter an Order granting its Motion for Summary Judgment and that Plaintiffs' Complaint be dismissed as to the City of King, with prejudice.

Respectfully submitted this the 16th day of December, 2010.

/s/ Kevin G. Williams
Kevin G. Williams
N.C. State Bar No. 25760
Walter W. Pitt, Jr.
N.C. State Bar No. 3467
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, North Carolina 27120
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: kwilliams@belldavispitt.com
       wpitt@belldavispitt.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I electronically filed the foregoing DEFENDANT CITY OF KING'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    ALAN GURA
    Gura & Possessky, PLLC
    101 N. Columbus St., Suite 405
    Alexandria, VA 22314
    Email: alan@gurapossessky.com
    *Attorney for Plaintiffs*

    KEARNS DAVIS
    ANDREW TRIPP
    Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
    1600 Wachovia Center
    150 Fayetteville Street
    Raleigh, North Carolina 27601
    Email: kdavis@brookspierce.com
           atripp@brookspierce.com
    *Attorneys for Plaintiffs*

    HENRY W. JONES, JR.
    LORI P. JONES
    Jordan Price Wall Gray Jones & Carlton, PLLC
    1951 Clark Avenue
    Raleigh, North Carolina 27605
    Email: hjones@jordanprice.com
           ljones@jordanprice.com
    *Attorneys for Defendant Stokes County*

MARK A. DAVIS
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Email: mdavis@ncdoj.gov
*Attorney for Defendants Beverly Perdue and Reuben F. Young*

        /s/ Kevin G. Williams
        Kevin G. Williams
        N.C. State Bar No. 25760
        Walter W. Pitt, Jr.
        N.C. State Bar No. 3467
        BELL, DAVIS & PITT, P.A.
        Post Office Box 21029
        Winston-Salem, North Carolina 27120
        Telephone: (336) 722-3700
        Facsimile: (336) 722-8153
        Email: kwilliams@belldavispitt.com
               wpitt@belldavispitt.com