IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **DEFENDANT STOKES COUNTY'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Defendant Stokes County adopts by reference as if fully set forth herein the arguments set forth in the State Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment, and for the reasons set forth therein, asks that the Court deny Plaintiffs' Motion for Summary Judgment.

This the 16th day of December, 2010.

                                          JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

                                              /s/ Lori P. Jones
                                        Henry W. Jones, Jr. (N.C. Bar No. 8343)
                                        Lori P. Jones (N.C. Bar No. 32872)
                                        *Attorneys for Stokes County*

                                        1951 Clark Avenue
                                        Raleigh, North Carolina 27605
                                        Email: hjones@jordanprice.com
                                                   ljones@jordanprice.com
                                        Telephone: (919) 828-2501
                                        Fax: (919) 831-4484

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Memorandum of Law with the Clerk of Court using the CM/ECF system which will serve notification of such filing on the following:

> Alan Gura (alan@gurapossessky.com)
> Bura & Possessky, PLLC
> 101 N. Columbus Street, Suite 405
> Alexandria, Virginia 22314
> *Counsel for Plaintiffs*
>
> Kearns Davis (kdavis@brookspierce.com)
> Andrew Tripp (atripp@brookspierce.com)
> Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
> 1600 Wachovia Center
> 150 Fayetteville Street
> Raleigh, North Carolina 27601
> *Counsel for Plaintiffs*
>
> Mark A. Davis (mdavis@ncdoj.gov)
> Special Deputy Attorney General
> N.C. Department of Justice
> P.O. Box 629
> Raleigh, North Carolina 27602
> *Counsel for Defendants Beverly Perdue and Reuben F. Young*
>
> Walter W. Pitt, Jr. (wpitt@belldavispitt.com)
> Kevin G. Williams (kwilliams@belldavispitt.com)
> Bell, Davis & Pitt, P.A.
> P.O. Box 21029
> Winston-Salem, North Carolina 27120
> *Counsel for Defendant City of King*

This the 16th day of December, 2010.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

/s/ Lori P. Jones
Lori P. Jones (N.C. Bar No. 32872)
*Attorneys for Stokes County*