IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) ) | Fed. R. Civ. Proc. 56 |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) ) | |
| Defendants. | ) | |

NOW COMES Defendant Stokes County, by and through its attorneys of record listed below, and hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that, as set out in more detail in the accompanying memorandum of law, there are no genuine issues of material fact and that Defendant Stokes County is entitled to judgment as a matter of law.

WHEREFORE, for the reasons set forth herein and in Defendant's Memorandum of Law that is being filed contemporaneously herewith, Defendant moves that its Motion for Summary Judgment be granted and that Plaintiffs' Complaint be dismissed with prejudice.

This the 16th day of December, 2010.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC


_____/s/  Lori P. Jones_____
Henry W. Jones, Jr. (N.C. Bar No. 8343)
Lori P. Jones (N.C. Bar No. 32872)
*Attorneys for Stokes County*

1951 Clark Avenue
Raleigh, North Carolina 27605
Email: hjones@jordanprice.com
        ljones@jordanprice.com
Telephone: (919) 828-2501
Fax: (919) 831-4484

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will serve notification of such filing on the following:

Alan Gura (alan@gurapossessky.com)
Bura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, Virginia  22314
*Counsel for Plaintiffs*

Kearns Davis (kdavis@brookspierce.com)
Andrew Tripp (atripp@brookspierce.com)
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
1600 Wachovia Center
150 Fayetteville Street
Raleigh, North Carolina  27601
*Counsel for Plaintiffs*

Mark A. Davis (mdavis@ncdoj.gov)
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina  27602
*Counsel for Defendants Beverly Perdue and Reuben F. Young*

Walter W. Pitt, Jr. (wpitt@belldavispitt.com)
Kevin G. Williams (kwilliams@belldavispitt.com)
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, North Carolina  27120
*Counsel for Defendant City of King*

This the 16th day of December, 2010.

JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

_____/s/  Lori P. Jones_____
Lori P. Jones (N.C. Bar No. 32872)
*Attorneys for Stokes County*