## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES JR., GRNC/FFE, INC., AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, AND CITY OF KING, <br><br> Defendants. | DOCKET NO. 5:10-CV-265-H |

## NOTICE OF APPEARANCE FOR *AMICI CURIAE*

To the Clerk of Court and All Parties of Record:

I am authorized to practice before this Court and, pursuant to Local Rule 83.1, hereby appear as Local Counsel for the Brady Center to Prevent Gun Violence, North Carolina Million Mom March Chapters of the Brady Campaign to Prevent Gun Violence, and Religious Coalition for a Nonviolent Durham.

Respectfully submitted the 16th day of December, 2010.

        **POYNER SPRUILL LLP**

By:  s/ Andrew H. Erteschik
      Andrew H. Erteschik
      N.C. State Bar No. 35269
      P.O. Box 1801
      Raleigh, NC 27602-1801
      Telephone: 919.783.6400
      Facsimile: 919.783.1075
      Email: aerteschik@poynerspruill.com

      **LOCAL CIVIL RULE 83.1**
      **COUNSEL FOR *AMICI CURIAE***

Adam K. Levin
Tracy L. Hresko
Samson O. Asiyanbi
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: adam.levin@hoganlovells.com

Jonathan E. Lowy
Daniel R. Vice
BRADY CENTER TO PREVENT GUN VIOLENCE
LEGAL ACTION PROJECT
1225 Eye Street, NW, Suite 1100
Washington, DC 20005
E-Mail: jlowy@bradymail.org

**ATTORNEYS FOR *AMICI CURIAE***

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Notice of Appearance for *Amici Curiae*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Roy Cooper<br>Mark A. Davis<br>N.C. Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>mdavis@ncdoj.gov | Alan Gura<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314 |
| Walter W. Pitt Jr.<br>Kevin G. Williams<br>Bell, Davis & Pitt<br>P.O. Box 21029<br>Winston-Salem, NC 27120 | Andrew T. Tripp<br>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.<br>P.O. Box 1800<br>Raleigh, NC 27602 |
| Kearns Davis<br>Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.<br>P.O. Box 26000<br>230 N. Elm St., Suite 2000<br>Greensboro, NC 27420 | Henry W. Jones Jr.<br>Lori P. Jones<br>Jordan Price Wall Gray Jones & Carlton, PLLC<br>P.O. Box 10669<br>Raleigh, NC 27605 |

This the 16th day of December, 2010.

s/ Andrew H. Erteschik
Andrew H. Erteschik