IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES JR., GRNC/FFE, INC., AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, AND CITY OF KING, <br><br> Defendants. | DOCKET NO. 5:10-CV-265-H |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION
BY AMICUS CURIAE BRADY CENTER TO PREVENT GUN VIOLENCE**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Amicus Curiae, Brady Center to Prevent Gun Violence, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?......................**NO**

2. Does party have any parent corporations?...........................................................**NO**

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? ........................................................................................................**NO**

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ............................................................**NO**

If yes, identify entity and nature of interest:

5. Is party a trade association? ..............................................................................**NO**

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: ...................................................................................**N/A**

This the 16th day of December, 2010.

                                            **POYNER SPRUILL LLP**

By:   s/ Andrew H. Erteschik
       Andrew H. Erteschik
       N.C. State Bar No. 35269
       P.O. Box 1801
       Raleigh, NC 27602-1801
       Telephone: 919.783.6400
       Facsimile: 919.783.1075
       Email: aerteschik@poynerspruill.com

**LOCAL CIVIL RULE 83.1**
**COUNSEL FOR *AMICI CURIAE***

Adam K. Levin
Tracy L. Hresko
Samson O. Asiyanbi
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: adam.levin@hoganlovells.com

Jonathan E. Lowy
Daniel R. Vice
BRADY CENTER TO PREVENT GUN VIOLENCE
LEGAL ACTION PROJECT
1225 Eye Street, NW, Suite 1100
Washington, DC 20005
E-Mail: jlowy@bradymail.org

**ATTORNEYS FOR *AMICI CURIAE***

2

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation by Amicus Curiae Brady Center to Prevent Gun Violence** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Roy Cooper
Mark A. Davis
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
mdavis@ncdoj.gov

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Walter W. Pitt Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Andrew T. Tripp
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
230 N. Elm St., Suite 2000
Greensboro, NC 27420

Henry W. Jones Jr.
Lori P. Jones
Jordan Price Wall Gray Jones & Carlton, PLLC
P.O. Box 10669
Raleigh, NC 27605

This the 16th day of December, 2010.

s/ Andrew H. Erteschik
Andrew H. Erteschik