**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES JR., GRNC/FFE, INC., AND SECOND AMENDMENT FOUNDATION, INC.,<br><br>                      Plaintiffs,<br><br>vs.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, AND CITY OF KING,<br><br>                      Defendants. | DOCKET NO. 5:10-CV-265-H |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION
BY AMICUS CURIAE NORTH CAROLINA MILLION MOM MARCH CHAPTERS
OF THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Amicus Curiae, North Carolina Million Mom March Chapters of the Brady Campaign to Prevent Gun Violence, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?......................**NO**

2. Does party have any parent corporations?...........................................................**NO**

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? ........................................................................................................**NO**

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ...........................................................**NO**

If yes, identify entity and nature of interest:

5. Is party a trade association? ..................................................................................**NO**

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: .......................................................................**N/A**

This the 16th day of December, 2010.

                                            **POYNER SPRUILL LLP**

By:   s/ Andrew H. Erteschik
       Andrew H. Erteschik
       N.C. State Bar No. 35269
       P.O. Box 1801
       Raleigh, NC 27602-1801
       Telephone: 919.783.6400
       Facsimile: 919.783.1075
       Email: aerteschik@poynerspruill.com

**LOCAL CIVIL RULE 83.1**
**COUNSEL FOR *AMICI CURIAE***

Adam K. Levin
Tracy L. Hresko
Samson O. Asiyanbi
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: adam.levin@hoganlovells.com

Jonathan E. Lowy
Daniel R. Vice
BRADY CENTER TO PREVENT GUN
VIOLENCE
LEGAL ACTION PROJECT
1225 Eye Street, NW, Suite 1100
Washington, DC 20005
E-Mail: jlowy@bradymail.org

**ATTORNEYS FOR *AMICI CURIAE***

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation by Amicus Curiae North Carolina Million Mom March Chapters of the Brady Campaign to Prevent Gun Violence** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Roy Cooper<br>Mark A. Davis<br>N.C. Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>mdavis@ncdoj.gov | Alan Gura<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314 |
| Walter W. Pitt Jr.<br>Kevin G. Williams<br>Bell, Davis & Pitt<br>P.O. Box 21029<br>Winston-Salem, NC 27120 | Andrew T. Tripp<br>Brooks, Pierce, McLendon, Humphrey &<br>Leonard, L.L.P.<br>P.O. Box 1800<br>Raleigh, NC 27602 |
| Kearns Davis<br>Brooks, Pierce, McLendon, Humphrey &<br>Leonard, L.L.P.<br>P.O. Box 26000<br>230 N. Elm St., Suite 2000<br>Greensboro, NC 27420 | Henry W. Jones Jr.<br>Lori P. Jones<br>Jordan Price Wall Gray Jones & Carlton,<br>PLLC<br>P.O. Box 10669<br>Raleigh, NC 27605 |

This the 16th day of December, 2010.

s/ Andrew H. Erteschik
Andrew H. Erteschik