**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES JR., GRNC/FFE, INC., AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, AND CITY OF KING, <br><br> Defendants. | DOCKET NO. 5:10-CV-265-H |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION BY AMICUS CURIAE RELIGIOUS COALITION FOR A NONVIOLENT DURHAM

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Amicus Curiae, Religious Coalition for a Nonviolent Durham, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?......................**NO**

2. Does party have any parent corporations?...........................................................**NO**

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? ................................................................................................**NO**

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ............................................**NO**

If yes, identify entity and nature of interest:

5. Is party a trade association? ..............................................................................**NO**

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: ...................................................................................**N/A**

This the 16th day of December, 2010.

                      **POYNER SPRUILL LLP**

By: s/ Andrew H. Erteschik
      Andrew H. Erteschik
      N.C. State Bar No. 35269
      P.O. Box 1801
      Raleigh, NC 27602-1801
      Telephone: 919.783.6400
      Facsimile: 919.783.1075
      Email: aerteschik@poynerspruill.com

**LOCAL CIVIL RULE 83.1
COUNSEL FOR *AMICI CURIAE***

Adam K. Levin
Tracy L. Hresko
Samson O. Asiyanbi
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: adam.levin@hoganlovells.com

Jonathan E. Lowy
Daniel R. Vice
BRADY CENTER TO PREVENT GUN VIOLENCE
LEGAL ACTION PROJECT
1225 Eye Street, NW, Suite 1100
Washington, DC 20005
E-Mail: jlowy@bradymail.org

**ATTORNEYS FOR *AMICI CURIAE***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation by Amicus Curiae Religious Coalition for a Nonviolent Durham** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Roy Cooper<br>Mark A. Davis<br>N.C. Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>mdavis@ncdoj.gov | Alan Gura<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314 |
| Walter W. Pitt Jr.<br>Kevin G. Williams<br>Bell, Davis & Pitt<br>P.O. Box 21029<br>Winston-Salem, NC 27120 | Andrew T. Tripp<br>Brooks, Pierce, McLendon, Humphrey &<br>Leonard, L.L.P.<br>P.O. Box 1800<br>Raleigh, NC 27602 |
| Kearns Davis<br>Brooks, Pierce, McLendon, Humphrey &<br>Leonard, L.L.P.<br>P.O. Box 26000<br>230 N. Elm St., Suite 2000<br>Greensboro, NC 27420 | Henry W. Jones Jr.<br>Lori P. Jones<br>Jordan Price Wall Gray Jones & Carlton,<br>PLLC<br>P.O. Box 10669<br>Raleigh, NC 27605 |

This the 16th day of December, 2010.

s/ Andrew H. Erteschik
Andrew H. Erteschik