THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned, Wes J. Camden, an attorney admitted to practice in this Court, and hereby gives notice of appearance as additional Local Civil Rule 83.1 Counsel for Plaintiffs Michael Bateman, Virgil Green, GRNC/FFE, Inc., Second Amendment Foundation, Inc., and Forest Minges, Jr. in the above-captioned case.

Respectfully submitted, this the 13th day of January, 2011.

    /s/ Wes J. Camden
Wes J. Camden
N.C. State Bar No. 33190
BROOKS, PIERCE, McLENDON,
  HUMPHREY & LEONARD, L.L.P.
Wachovia Capitol Center
150 Fayetteville Street, Suite 1600
Raleigh, NC 27601
Phone: (919) 839-0300
Fax: (919) 839-0304
E-mail: wcamden@brookspierce.com

*Local Civil Rule 83.1 Counsel for Plaintiffs*

190091

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Mark Allen Davis, Lori Peoples Jones, Kevin G. Williams, and Andrew H. Erteschik; and I hereby certify that I have mailed a copy of the document to the following non-CM/ECF participants: n/a.

This the 13th day of January, 2011.

/s/ Wes J. Camden
Wes J. Camden
N.C. State Bar No. 33190
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
Wachovia Capitol Center
150 Fayetteville Street, Suite 1600
Raleigh, NC 27601
Phone: (919) 839-0300
Fax: (919) 839-0304
E-mail: wcamden@brookspierce.com

*Local Civil Rule 83.1 Counsel for Plaintiffs*