THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Andrew T. Tripp, Esq. FOR GOOD CAUSE SHOWN, it is ordered that the Motion to Withdraw as Counsel filed by Andrew T. Tripp, is hereby GRANTED, and that Andrew T. Tripp is discharged from any further responsibility for the representation of the Plaintiffs in this action. Alan Gura of the law firm of Gura & Possessky, PLLC, will continue to represent the plaintiffs in this action, and Kearns Davis of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiffs in this action.

SO ORDERED. This the 14th day of January, 2011.

William A. Webb
United States Magistrate Judge