IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | NOTICE OF APPEARANCE <br> AND <br> SUBSTITUTION OF COUNSEL |

**NOW COMES** Special Deputy Attorney General Alexander McC. Peters of the North Carolina Department of Justice, admitted to practice by this Court, and, pursuant to Local Civil Rule 83.1(g), respectfully enters notice of appearance in this action on behalf of defendants Beverly Perdue and Reuben F. Young because former counsel Mark A. Davis is no longer with the North Carolina Department of Justice and therefore is required to withdraw as counsel in this matter.

Respectfully submitted, this the 24th day of March, 2011.

    ROY COOPER
    Attorney General

    /s/ Alexander McC. Peters
    Alexander McC. Peters
    Special Deputy Attorney General
    State Bar No. 13654
    apeters@ncdoj.gov

    North Carolina Department of Justice
    Post Office Box 629
    Raleigh, NC 27602
    Telephone: (919) 716-6900
    Facsimile: (919) 716-6763
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Wes J. Camden
Kearns Davis
Brooks, Pierce, McLendon
  Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
  Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

This the 24th day of March, 2011.

                        /s/ Alexander McC. Peters
                        Alexander McC. Peters
                        Special Deputy Attorney General