UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, GRNC/FFE, INC., SECOND AMENDMENT FOUNDATION, INC., FORREST MINGES, JR.,<br>    Plaintiffs,<br><br>v.<br><br>BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, CITY OF KING,<br>    Defendants,<br>v.<br><br>BRADY CENTER TO PREVENT GUN VIOLENCE, NORTH CAROLINA MILLION MOM MARCH CHAPTERS OF THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE and RELIGIOUS COALITION FOR A NONVIOLENT DURHAM,<br>    Amicus. | **JUDGMENT**<br><br>No. 5:10-CV-265-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED that the court GRANTS plaintiffs' motion for summary judgment and hereby DECLARES N.C. Gen. Stat. §§ 14-288.7, 14-288.12(b), 14-288.13(b), 14-288.14(a) and 14-288.15(d) unconstitutional as applied to plaintiffs. The court DENIES defendants' motion to dismiss or, in the alternative for summary judgment. The clerk is directed to close this case.**

<u>This Judgment Filed and Entered on March 29, 2012 with service on:</u>
Alan Gura (via cm/ecf Notice of Electronic Filing)
Kearns Davis (via cm/ecf Notice of Electronic Filing)
Wes J. Camden (via cm/ecf Notice of Electronic Filing)
Andrew Tripp (via cm/ecf Notice of Electronic Filing)
Alexander Peters (via cm/ecf Notice of Electronic Filing)
Mark Davis (via cm/ecf Notice of Electronic Filing)
Lori Jones (via cm/ecf Notice of Electronic Filing)
Kevin Williams (via cm/ecf Notice of Electronic Filing)
Andrew Erteschik (via cm/ecf Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK
/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk