# Exhibit A

# A nationwide sampling of law firm billing rates

The National Law Journal asked the respondents to its 2011 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | | | | | | | MEDIAN | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | $311 | $310 | $595 | $250 | $357 | $345 | $315 | $160 | $228 | $225 |
| Best Best & Krieger | Riverside, Calif. | 195 | $358 | $360 | $575 | $275 | $417 | $420 | $375 | $205 | $265 | $240 |
| Briggs and Morgan | Minneapolis | 185 | | | $625 | $325 | | | $305 | $230 | | |
| Broad and Cassel | Orlando, Fla. | 160 | $377 | $350 | $575 | $295 | $435 | $395 | $350 | $180 | $265 | $265 |
| Bryan Cave | St. Louis | 908 | $475 | $460 | $795 | $375 | $565 | $553 | $540 | $200 | $356 | $360 |
| Butzel Long | Detroit | 176 | | | $700 | $325 | $440 | | $425 | $225 | $274 | |
| Carlton Fields | Tampa, Fla. | 270 | $397 | $400 | $815 | $320 | $470 | $470 | $380 | $195 | $262 | $265 |
| Cozen O'Connor | Philadelphia | 504 | $439 | $410 | $900 | $305 | $510 | $490 | $550 | $225 | $330 | $330 |
| Day Pitney | Parsippany, N.J. | 324 | $447 | $450 | $960 | $380 | $537 | $525 | $470 | $235 | $317 | $315 |
| Dickinson Wright | Detroit | 229 | | | $600 | $325 | | | $320 | $200 | | |
| Dickstein Shapiro | Washington | 335 | $560 | $550 | $1,000 | $540 | $680 | $670 | $545 | $225 | $435 | $465 |
| Dinsmore & Shohl | Cincinnati | 407 | $308 | $295 | $630 | $150 | $373 | $370 | $310 | $130 | $217 | $220 |
| DLA Piper | New York | 3,348 | $585 | $615 | $1,120 | $530 | $747 | $730 | $730 | $320 | $508 | $510 |
| Dorsey & Whitney | Minneapolis | 567 | $426 | $405 | $810 | $295 | $526 | $525 | $465 | $190 | $294 | $275 |
| Duane Morris | Philadelphia | 629 | $503 | $500 | $875 | $375 | $575 | $570 | $530 | $225 | $365 | $365 |
| Dykema Gossett | Detroit | 333 | $406 | $400 | $665 | $310 | $482 | $485 | $395 | $260 | $309 | $305 |
| Epstein Becker & Green | New York | 300 | $428 | $425 | $850 | $350 | $519 | $500 | $550 | $195 | $341 | $325 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | | | $730 | $460 | | $525 | $440 | $275 | | $325 |
| Fox Rothschild | Philadelphia | 450 | $413 | $420 | $725 | $325 | $486 | $483 | $455 | $190 | $297 | $295 |
| Frost Brown Todd | Cincinnati | 401 | $296 | $295 | $515 | $205 | $340 | $340 | $265 | $150 | $200 | $200 |
| Gardere Wynne Sewell | Dallas | 265 | $435 | $450 | $815 | $380 | $550 | $550 | $500 | $225 | $325 | $320 |
| Gibbons | Newark, N.J. | 199 | $505 | $450 | $725 | $400 | $563 | $505 | $475 | $285 | $380 | $320 |
| Harris Beach | Rochester, N.Y. | 176 | | | $390 | $275 | | | $260 | $160 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $269 | $240 | $750 | $195 | $304 | $265 | $350 | $150 | $207 | $195 |
| Hodgson Russ | Buffalo, N.Y. | 199 | | | $685 | $240 | $378 | $360 | $420 | $180 | $234 | $225 |
| Holland & Knight | Washington | 910 | $445 | $455 | $895 | $300 | $530 | $520 | $495 | $175 | $295 | $290 |
| Hughes Hubbard & Reed | New York | 300 | $633 | $615 | $990 | $625 | $828 | $800 | $695 | $270 | $533 | $540 |
| Husch Blackwell | St. Louis | 551 | $341 | $340 | $850 | $225 | $395 | $390 | $425 | $175 | $226 | $210 |
| Jackson Kelly | Charleston, W.Va. | 170 | $275 | $275 | $505 | $255 | $319 | $325 | $260 | $155 | $208 | $205 |
| Kaye Scholer | New York | 425 | $661 | $665 | $1,080 | $685 | $831 | $835 | $705 | $310 | $519 | $525 |
| Kelley Drye & Warren | New York | 321 | $474 | $400 | $925 | $480 | $634 | $645 | $595 | $275 | $425 | $420 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $439 | $415 | $735 | $415 | $525 | $500 | $495 | $295 | $346 | $345 |
| Lane Powell | Seattle | 180 | $405 | $425 | $645 | $340 | $460 | $450 | $360 | $225 | $295 | $285 |
| Lathrop & Gage | Kansas City, Mo. | 281 | $337 | $340 | $735 | $275 | $390 | $390 | $410 | $205 | $246 | $245 |
| Lewis, Rice & Fingersh | St. Louis | 162 | $275 | | $470 | $270 | | | $320 | $150 | | |
| Lowenstein Sandler | Roseland, N.J. | 249 | $478 | $480 | $895 | $435 | $613 | $595 | $660 | $250 | $400 | $390 |
| Manatt, Phelps & Phillips | Los Angeles | 322 | $602 | $620 | $850 | $540 | $676 | $670 | $550 | $215 | $464 | $500 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $245 | $275 | $575 | $295 | $350 | $375 | $325 | $185 | $250 | $235 |
| McKenna Long & Aldridge | Atlanta | 425 | $472 | $455 | $800 | $405 | $562 | $540 | $510 | $215 | $374 | $375 |
| Michael Best & Friedrich | Milwaukee | 208 | $321 | $310 | $650 | $245 | $413 | | $310 | $205 | $241 | |
| Miller & Martin | Chattanooga, Tenn. | 184 | $313 | $325 | $610 | $240 | $369 | $375 | $275 | $185 | $215 | $215 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $318 | $310 | $850 | $220 | $412 | $400 | $350 | $170 | $255 | $250 |
| | Columbia, S.C. | 178 | | | $550 | $235 | | | $265 | $170 | | |

SEE SAMPLING, PAGE 13

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Patton Boggs | Washington | 512 | $546 | $540 | $990 | $410 | $659 | $645 | $570 | $240 | $410 | $415 |
| Pepper Hamilton | Philadelphia | 459 | | | $825 | $380 | $557 | | $460 | $235 | $344 | |
| Perkins Coie | Seattle | 693 | $462 | | $875 | $285 | $550 | $545 | $590 | $215 | $368 | |
| Phelps Dunbar | New Orleans | 280 | $236 | $225 | $465 | $190 | $281 | $275 | $245 | $150 | $189 | $190 |
| Polsinelli Shughart | Kansas City, Mo. | 466 | | | $630 | $275 | | | $335 | $205 | | |
| Saul Ewing | Philadelphia | 220 | $431 | $450 | $750 | $350 | $502 | $490 | $495 | $245 | $326 | $300 |
| Schulte Roth & Zabel | New York | 406 | $615 | $630 | $935 | $770 | $846 | $840 | $675 | $285 | $608 | $580 |
| Seyfarth Shaw | Chicago | 702 | $437 | $425 | $790 | $355 | $528 | $525 | $505 | $225 | $341 | $340 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | | | $860 | $505 | | | $635 | $275 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | $345 | $365 | $555 | $265 | $364 | $375 | $320 | $195 | $252 | $250 |
| Stoel Rives | Portland, Ore. | 373 | $385 | $395 | $625 | $320 | $451 | $450 | $500 | $195 | $292 | $275 |
| Strasburger & Price | Dallas | 181 | $363 | $362 | $630 | $211 | $395 | $397 | $332 | $199 | $250 | $238 |
| Thompson & Knight | Dallas | 319 | $520 | $520 | $875 | $440 | $594 | $585 | $460 | $250 | $358 | $350 |
| Thompson Coburn | St. Louis | 325 | | | $750 | $315 | | | $445 | $195 | | |
| Ulmer & Berne | Cleveland | 179 | $316 | | $585 | $280 | $405 | | $390 | $200 | $260 | |
| Vedder Price | Chicago | 246 | $445 | $445 | $735 | $295 | $500 | $490 | $520 | $265 | $345 | $335 |
| Winstead | Dallas | 265 | $406 | | $680 | $365 | $477 | | $410 | $215 | $301 | |
| Winston & Strawn | Chicago | 868 | $557 | $550 | $1,130 | $580 | $713 | $700 | $600 | $350 | $434 | $435 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $312 | $350 | $500 | $240 | $325 | $375 | $275 | $180 | $220 | $225 |

* Attorney numbers are from NLJ 250 published in April 2011.




# Built on Experience, Leading with Excellence

Capstone Advisory Group's e-discovery practice, offers a full suite of electronic discovery services including:

- Information Management
- Identification
- Preservation
- Collection
- Processing
- Review Management and Hosting
- Computer Forensic Analysis
- Production

Capstone Advisory Group, LLC has led the resolution process in some of the most complex corporate domestic and international matters. Our broad experience and superior service, coupled with our personal, hands-on approach have benefited hundreds of clients, from small businesses to Fortune 500 companies in a wide array of industries.

For more information please contact:
**Jamie Berry,** Managing Director
202 507 7106
jberry@capstoneag.com

**Eric Mazur,** Managing Director
202 507 7108
emazur@capstoneag.com

**NEW YORK**
212 782 1400

**NEW JERSEY**
201 587 7100

**WASHINGTON, DC**
202 507 7100

**LOS ANGELES**
213 542 7100

**CHICAGO**
312 588 7100

**BOSTON**
617 342 7253

**PANAMA CITY, PANAMA**
507 263 3147

**BOGOTA, COLOMBIA**
571 646 7400

capstoneag.com

# Firms report using alternatives to the billable hour

Below is a listing of law firms, in alphabetical order, that reported use of alternative billing methods. We asked firms to report on the percentages of revenue obtained through variations on the billable hour and true alternatives. 2010 percentages appear where available.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | REVENUE BREAKDOWN | | | |
|---|---|---|---|---|---|---|
| Andrews Kurth | Houston | 355 | 78 | 15 | 10 | 5 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | 5 | 35 | 20 | |
| Best Best & Krieger | Riverside, Calif. | 195 | 25 | 5 | 7 | 5 |
| Bingham McCutchen | Boston | 901 | 5 | 5 | 5 | 5 |
| Briggs and Morgan | Minneapolis | 185 | 90 | | | |
| Bryan Cave | St. Louis | 808 | | | 20 | 20 |
| Butzel Long | Detroit | 176 | 24 | | 8 | |
| Cadwalader, Wickersham & Taft | New York | 481 | 27 | | 25 | |
| Cozen O'Connor | Philadelphia | 504 | | | 21 | |
| Day Pitney | Parsippany, N.J. | 324 | 46 | | 7 | |
| Dinsmore & Shohl | Cincinnati | 407 | 49 | | 5 | |
| DLA Piper | New York | 3,348 | 95 | | 3.5 | |
| Dorsey & Whitney | Minneapolis | 567 | 5 | 5 | 5 | 5 |
| Duane Morris | Philadelphia | 629 | 5 | 4 | 6 | 6 |
| Dykema Gossett | Detroit | 333 | 84 | 83 | | |
| Ford & Harrison | Atlanta | 173 | 24 | 20 | 9 | 7 |
| Frost Brown Todd | Cincinnati | 401 | 74 | 76 | 2.8 | |
| Gardere Wynne Sewell | Dallas | 265 | 15 | 20 | 5 | 18 |
| Gibbons | Newark, N.J. | 199 | 20 | 20 | 10 | 10 |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | 46 | | 21 | 24 |
| Hodgson Russ | Buffalo, N.Y. | 199 | 22 | | 4 | 30 |
| Holland & Knight | Washington | 910 | | | 9 | |
| Hunton & Williams | Richmond, Va. | 855 | 12 | | 7.4 | |
| Husch Blackwell | St. Louis | 551 | 95 | 95 | 5 | 5 |
| Jackson Lewis | White Plains, N.Y. | 614 | 95 | 30 | 13 | 15 |
| Kaye Scholer | New York | 425 | | | 20 | |
| Lane Powell | Seattle | 180 | 50 | 50 | 10 | 10 |
| Latham & Watkins | New York | 1,931 | | | 2.8 | |
| Lathrop & Gage | Kansas City, Mo. | 281 | 80 | | 10 | |
| Manatt, Phelps & Phillips | Los Angeles | 322 | 82 | 66 | 12 | 14 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | 15 | 6 | 10 | 15 |
| McKenna Long & Aldridge | Atlanta | 425 | 20 | 11 | 15 | 20 |
| Miller & Martin | Chattanooga, Tenn. | 184 | 10 | 17 | 5 | 3 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | 5 | 5 | 5 | 5 |
| Nexsen Pruet | Columbia, S.C. | 178 | 10 | | | |
| Orrick, Herrington & Sutcliffe | San Francisco | 1,022 | | | 30 | 25 |
| Patton Boggs | Washington | 512 | 15 | 15 | 15 | 13 |
| Pepper Hamilton | Philadelphia | 459 | 10 | 10 | 17 | 15 |
| Phelps Dunbar | New Orleans | 280 | 2 | 2 | 2 | 2 |

SEE ALTERNATIVES, PAGE 15

ALTERNATIVES, FROM PAGE 14

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | REVENUE BREAKDOWN PERCENTAGE OF FIRM'S REVENUE OBTAINED THROUGH VARIATIONS ON THE BILLABLE HOUR | | | |
|---|---|---|---|---|---|---|
| | | | 2011 | 2010 | | |
| Polsinelli Shughart | Kansas City, Mo. | 466 | 15 | 15 | 15 | 15 |
| Reed Smith | Pittsburgh | 1,449 | 5 | 10 | 10 | 10 |
| Saul Ewing | Philadelphia | 220 | 40 | 35 | 5 | 5 |
| Sedgwick | San Francisco | 345 | 16 | 16 | 1 | 1 |
| Seyfarth Shaw | Chicago | 702 | 83 | | 17 | 10 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | 15 | 13 | 15 | 13 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | 10 | 10 | 5 | 5 |
| Steptoe & Johnson LLP | Washington | 408 | | | 16 | 10 |
| Strasburger & Price | Dallas | 181 | 80 | 30 | 20 | 15 |
| Thompson & Knight | Dallas | 319 | 30 | 30 | 3 | 3 |
| Ulmer & Berne | Cleveland | 179 | 45 | | 15 | |
| Vedder Price | Chicago | 246 | 10 | | 3 | |
| White and Williams | Philadelphia | 216 | | | 20 | |
| Wiley Rein | Washington | 270 | 35 | 25 | 4 | 3 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 890 | 50 | | 15 | 10 |
| Winstead | Dallas | 265 | 10 | 6 | 3 | 3 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | 30 | | 10 | |

* Attorney numbers are from NLJ 250 published in April 2011.

# Your wish list is our to-do list.




Here are some of the suggestions we've recently implemented — with more to come.

**NEW!** FREE quarterly electronic newsletter providing information on upcoming products, update schedules, prices, and product improvements

**NEW!** "Proximity" and exact phrase search feature in Advanced Search

**NEW!** No watermarks on exported pages

**NEW!** More books online, including more regional content

**NEW!** Creation of a library relations group to better serve customers

**NEW!** Ongoing market research

**NEW!** Improved communication to create an optimal customer experience


SCAN HERE TO VISIT
LAWJOURNALPRESS.COM

LJP Law Journal Press™

# Firms report their billing rates by associate class

Below is a sampling of hourly rates charged by law firms that establish billing rates based on associate class.
Firms that supplied this information are listed in alphabetical order.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FTE ATTORNEYS* | 1ST YEAR | 2D YEAR | 3D YEAR | 4TH YEAR | 5TH YEAR | 6TH YEAR | 7TH YEAR | 8TH YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Bryan Cave | St. Louis | 908 | $200-$365 | $200-$355 | $250-$385 | $225-$420 | $300-$430 | $335-$455 | $280-$485 | $350-$510 |
| Butzel Long | Detroit | 176 | $225 | | | | | | | |
| Carlton Fields | Tampa, Fla. | 270 | $195-$210 | $210-$225 | $210-$225 | $225-$240 | $250-$265 | $255-$315 | $275-$365 | $300-$380 |
| Cozen O'Connor | Philadelphia | 504 | $225-$290 | $225-$290 | $235-$320 | $245-$360 | $245-$340 | $265-$350 | $285-$380 | $290-$395 |
| Day Pitney | Parsippany, N.J. | 324 | $244 | $275 | $295 | $291 | $301 | $335 | $360 | $351 |
| Dickinson Wright | Detroit | 229 | $195 | $205 | $210 | $220 | $235 | $245 | $255 | $265 |
| Dickstein Shapiro | Washington | 335 | $225-$290 | $275-$385 | $330-$440 | $345-$465 | $360-$490 | $390-$510 | $425-$530 | $435-$545 |
| Dinsmore & Shohl | Cincinnati | 407 | $185 | $195 | $210 | $225 | $235 | $245 | $255 | $265 |
| DLA Piper | New York | 3,348 | $345 | $395 | $455 | $520 | $580 | $620 | $650 | $675 |
| Dorsey & Whitney | Minneapolis | 567 | $238 | $253 | $260 | $297 | $305 | $336 | $370 | |
| Duane Morris | Philadelphia | 629 | $280 | $305 | $320 | $335 | $350 | $370 | $380 | $420 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |
| Fox Rothschild | Philadelphia | 450 | $220-$235 | $230-$265 | $240-$285 | $240-$285 | $245-$300 | $270-$455 | $190-$410 | $260-$425 |
| Frost Brown Todd | Cincinnati | 401 | $150 | $165-$185 | $175-$185 | $180-$235 | $190-$230 | $190-$240 | $185-$260 | $200-$265 |
| Gardere Wynne Sewell | Dallas | 265 | $225 | $260 | $290 | $320 | $350 | $370 | $385 | $400 |
| Harris Beach | Rochester, N.Y. | 176 | $160 | $175 | $200 | $215 | $215 | $235 | $235 | $260 |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $175 | $175 | $195 | $195 | $205 | $205 | $205 | $220 |
| Hughes Hubbard & Reed | New York | 300 | $350 | $450 | $510 | $540 | $570 | $600 | $615 | $630 |
| Jackson Kelly | Charleston, W.Va. | 170 | $180 | $195 | $205 | $215 | $225 | $240 | | |
| Kaye Scholer | New York | 425 | $320 | $410 | $475 | $525 | $570 | $595 | $620 | $640 |
| Kelley Drye & Warren | New York | 321 | $305 | $305 | $350 | $380 | $420 | $450 | $470 | $500 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $295 | $320 | $345 | $370 | $395 | | | |
| Lane Powell | Seattle | 180 | $250 | $260 | $260-$340 | $260-$305 | $260-$325 | $265-$340 | $305-$330 | $300-$360 |
| Lathrop & Gage | Kansas City, Mo. | 281 | $205 | $210 | $220 | $230 | $250 | $255 | $270 | $280 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $185 | $195 | $215 | $225 | $235 | $250 | $265 | $275 |
| McKenna Long & Aldridge | Atlanta | 425 | $275 | $280 | $317 | $346 | $354 | $371 | $386 | $408 |
| Michael Best & Friedrich | Milwaukee | 208 | $210 | $205-$230 | $210-$250 | $220-$300 | $225-$260 | $240-$295 | $220-$265 | $230-$305 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $170-$265 | $210-$345 | $215-$295 | $225-$325 | $195-$335 | $205-$350 | $245-$325 | $255-$270 |
| Patton Boggs | Washington | 512 | $300 | $325 | $355 | $385 | $415 | $445 | $465 | $490 |
| Perkins Coie | Seattle | 693 | $264 | $273 | $284 | $291 | $321 | $337 | $359 | $378 |
| Saul Ewing | Philadelphia | 220 | | $245-$255 | $250-$280 | $275-$300 | $275-$340 | $275-$310 | $295-$325 | $320-$450 |
| Schulte Roth & Zabel | New York | 406 | $285-$390 | $465 | $515 | $560 | $580 | $605 | $630 | $650 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | $275-$340 | $340-$440 | $380-$490 | $410-$525 | $435-$555 | $460-$580 | $485-$610 | $505-$635 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | $205 | | | | | | | |
| Strasburger & Price | Dallas | 181 | $221 | $234 | $221 | $238 | $258 | $259 | $284 | $275 |
| Thompson & Knight | Dallas | 319 | $250-$280 | $315 | $350 | $385 | $405 | $425 | $445 | $460 |
| Vedder Price | Chicago | 246 | $255 | $265 | $280 | $300 | $320 | $335 | $355 | $370 |
| Winstead | Dallas | 265 | $215 | $215 | $240 | $260 | $290 | $315 | $335 | $360 |
| Winston & Strawn | Chicago | 868 | $350 | $375 | $400 | $435 | $470 | $500 | $525 | $550 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $180 | | | | | | | |

*Full-time equivalent attorney numbers are from NLJ 250 published in April 2011.