# Exhibit A

Bateman v. Perdue

| Date | Description | Hours |
|---|---|---|
| Apr 13, 2010 | Emails K. Davis | 0.3 |
| Apr 14, 2010 | Emails K. Davis | 0.2 |
| Apr 15, 2010 | Email K. Davis | 0.1 |
| Apr 22, 2010 | T/c P. Valone | 0.4 |
| Apr 23, 2010 | T/c K. Davis, A. Tripp | 0.5 |
| May 3, 2010 | Review Valone emails re clients | 0.3 |
| May 12, 2010 | T/c P. Valone | 0.2 |
| May 13, 2010 | Email V. Green | 0.1 |
| May 13, 2010 | T/C [RM] | 0.3 |
| May 15, 2010 | T/c [GB] | 0.2 |
| May 25, 2010 | Emails K. Davis and A. Tripp re: status | 0.1 |
| Jun 1, 2010 | Email V. Green, t/c [RM] and [GB] re visit coordination | 0.4 |
| Jun 3, 2010 | Emails K. Davis | 0.2 |
| Jun 4, 2010 | Email A. Tripp, K Davis re preliminary matters | 0.1 |
| | T/c Virgil Green | 0.2 |
| Jun 8, 2010 | T/c V. Green | 0.2 |
| Jun 9, 2010 | T/c A. Tripp, [RM, GB] | 0.1 |
| Jun 13, 2010 | Travel to/from NC to meet co counsel/clients at half-time | 2.0 |
| | Conf w/ a. tripp, [RM] | 1.5 |
| Jun 14, 2010 | Emails and t/c w/ V Green | 0.2 |
| | | 7.6 |

| Date | Description | Hours | |
|---|---|---|---|
| Jun 15, 2010 | T/c [AI] plaintiff situation | 0.7 | |
| | Email K. Davis re client situation | 0.1 | |
| Jun 22, 2010 | T/c [MC] re organizing case | 0.8 | |
| | T/c M. Bateman | 0.2 | |
| | T/c M. Bateman | 0.3 | |
| | Emails K. Davis, A. Tripp | 0.1 | |
| | Conf. w/ V. Green | 0.7 | |
| Jun 23, 2010 | Email K. Davis, J. Versnel | 0.1 | |
| Jun 25, 2010 | Research and draft complaint | 4.8 | |
| Jun 27, 2010 | T/c A. Tripp re filing prep | 0.3 | |
| | Emails P. Valone re complaint | 0.2 | |
| | Complaint edit and finalize | 0.3 | |
| Jun 28, 2010 | Emails K. Davis, A. Tripp | 0.1 | |
| Jun 30, 2010 | T/c A. Tripp re mediation and other housekeeping | 0.2 | |
| Jul 5, 2010 | Motion for summary judgment | 1.0 | |
| Jul 6, 2010 | ECF registration form and letter | 0.2 | |
| | Review memorandum and email A. Tripp | 0.4 | |
| Jul 11, 2010 | Draft SJ brief | 2.0 | |
| Jul 12, 2010 | Emails K. Davis re: extension | 0.1 | |
| Jul 13, 2010 | T/c K. Davis re county commission call and review Stokes SOE | 0.3 | |
| Jul 14, 2010 | Emails K. Davis, A. Tripp re: Davis/King TC | 0.1 | |
| Jul 19, 2010 | Email A. Tripp re Stokes corr. | 0.1 | |
| Jul 21, 2010 | Email K. Davis re: King atty | 0.1 | |
| Jul 22, 2010 | T/c K. Williams re King involvement | 0.2 | |
| | | 13.4 | 21.0 |

| Date | Description | Hours | |
|---|---|---|---|
| Jul 24, 2010 | Emails co-counsel re: notice of appearance | 0.1 | |
| Aug 4, 2010 | Email co counsel re: deadlines | 0.1 | |
| Aug 9, 2010 | T/c Clerk's Office re ECF situation and fix | 0.1 | |
| Aug 11, 2010 | Review Motion to dismiss and email Co-counsel re schedule | 0.2 | |
| Aug 19, 2010 | Update co-counsel re: developments in 2A and plan for briefing opposition | 0.1 | |
| Aug 26, 2010 | Research and oppose Stokes Co motion<br>Reconfirm deadlines with A. Tripp and email re deadline reset,<br>Minges GRNC issue | 1.0<br>0.3 | |
| Aug 30, 2010 | Emails A. Tripp, defense counsel re deadlines | 0.1 | |
| Sep 3, 2010 | Reset deadlines | 0.2 | |
| Sep 5, 2010 | Emails K. Davis, A. Tripp re hunting and Hurricane Earl | 0.1 | |
| Sep 20, 2010 | Research/draft opposition to Perdue MTD | 4.4 | |
| Sep 21, 2010 | Opp to Perdue MTD | 7.5 | |
| Sep 22, 2010 | Opp to Perdue MTD | 4.1 | |
| Sep 23, 2010 | Oppositions to motions to dismiss<br>T/c A. Tripp re briefs<br>Emails re: brief drafts to co counsel | 3.0<br>0.3<br>0.1 | |
| Sep 24, 2010 | Emails and T/c A. Tripp re edits and finalization of opposition briefs<br>Complete opposition to king and stokes | 0.5<br><br>3.4 | |
| Oct 4, 2010 | Emails co counsel and M Davis re Enlargement of brief consent | 0.1 | |
| Oct 13, 2010 | SJ Brief | 2.1 | |
| | | 27.8 | 48.8 |

| Date | Description | Hours |
|---|---|---|
| Oct 14, 2010 | SJ brief | 2.0 |
| Oct 20, 2010 | Draft five P declarations and email A. Tripp, K. Davis re same | 1.0 |
| Oct 21, 2010 | T/c A. Tripp re SJ | 0.2 |
| Oct 27, 2010 | Email A Tripp re declarations for SJ | 0.1 |
| Nov 3, 2010 | Emails co-counsel re: SJ and status | 0.2 |
| Nov 4, 2010 | T/c A. Tripp re MSJ | 0.1 |
| Nov 7, 2010 | Review Tripp edits and finalize SJ motion | 0.2 |
| Nov 8, 2010 | T/c A. Tripp re SJ | 0.7 |
| Dec 15, 2010 | Emails co-counse re amicus brief and def. motion for SJ | 0.2 |
| Jan 3, 2011 | Emails co-counsel re: briefing deadline | 0.1 |
| Jan 5, 2011 | T/c W Camden, K Davis, A Tripp | 0.3 |
| Jan 6, 2011 | Opposition to motions for SJ and Brady Brief | 4.5 |
| | T/c co-counsel re filing plans and brief strategy | 0.2 |
| Jan 7, 2011 | Emails co-counsel re SJ brief | 0.1 |
| Jan 9, 2011 | Emails A. Tripp, finalize and file sj oppositions | 1.1 |
| Jan 17, 2011 | Emails M. Davis re conset motion on time | 0.1 |
| Jan 20, 2011 | T/c P. Valone re: mooting efforts and legislative issues | 0.5 |
| Jan 27, 2011 | Email P. Valone, co-counsel, clients re: mooting efforts and legislative issues | 0.2 |
| Feb 2, 2011 | Review state reply re SJ motion | 0.2 |
| Mar 31, 2011 | Review MTD order and communicate to clients | 0.2 |
| | | 12.2   61.0 |

| Date | Description | Hours | |
|---|---|---|---|
| Apr 16, 2011 | Email P. Valone re legislation | 0.2 | |
| | T/c A. Tripp re legislation pending | 0.3 | |
| May 26, 2011 | Review 166 bill for mootness and standing issues | 0.5 | |
| | T/c and email P. Valone re amended 166 bill | 0.2 | |
| Jun 10, 2011 | Email co counsel re status and legislative impact | 0.2 | |
| Jun 14, 2011 | Email K. Davis re status and pending legislation | 0.1 | |
| Jul 11, 2011 | Email K. Davis re supplemental authority filing | 0.1 | |
| Jul 18, 2011 | Draft Supplemental Authority filing re Ezell | 1.0 | |
| | Emails co-counsel re: supplemental authority filing | 0.2 | |
| Oct 21, 2011 | Notice of discovery plan and emails to co-counsel re same | 0.1 | |
| Oct 28, 2011 | T/c W. Camden | 0.1 | |
| Nov 2, 2011 | T/c W. Camden re discovery issues | 0.1 | |
| Nov 9, 2011 | Court notice re discovery error | 0.1 | |
| Mar 5, 2012 | Advise co-counsel of Woollard decision | 0.1 | |
| Mar 29, 2012 | Review decision | 0.5 | |
| | T/c clients to advise of decision and discuss | 1.0 | |
| | Email co-counsel re: decision and discuss plan | 0.2 | |
| Mar 30, 2012 | Emails co-counsel re fee motion steps and state plans re decision/appeal | 0.2 | |
| Apr 1, 2012 | Email co-counsel re: post-judgment plans and injunctive relief issues | 0.3 | |
| Apr 3, 2012 | Email co-counsel re: status and atty fees | 0.1 | |
| Apr 4, 2012 | Email co-counsel and client re appellate issues | 0.2 | |
| Apr 5, 2012 | T/c W. Camden re motion re extend fees & appeal | 0.3 | |
| | | 6.1 | 67.1 |

| Date | Description | Hours | |
|---|---|---|---|
| Apr 12, 2012 | T/c and emails W. Camden re status of extension and plans re: atty fee motion | 0.5 | |
| Apr 15, 2012 | T/c and email co-counsel re atty fee motion plans | 0.1 | |
| | | 0.6 | 67.7 |

Total Hours: 67.7

| Date | Description | Amount |
|---|---|---|
| 6/13/10 | AA DCA/RDU | $497.40 |
| 6/13/10 | Food, Parking etc. | $ 74.84 |
| 6/22/10 | Dinner, V. Green | $ 57.01 |

```
RALEIGH TIMES BAR
    14 E HARGETT ST
    RALEIGH, NC 27601
Date:        Jun13'10 01:44PM
Card Type:   Mastercard
Acct #:      XXXXXXXXXXXX1818
Exp Date:    XX/XX
Auth Code:   95859P
Check:       1505
Table:       3/2
Server:      163 Christma

Subtotal:           35.74
Tip:                 7—
Total:              42 74

X_____

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *
```

```
AUSTIN GRILL
801 King Street
Alexandria, VA 22314
(703)684-8969

www.AUSTINGRILL.com

Date:        Jun22'10 10:18PM
Card Type:   Master Card
Acct #:      XXXXXXXXXXXX1818
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   CIC002789172455
     Code:   46294P
             135
Table:       19/1
Server:      2018 ANGELICA

Subtotal:           49.01
Tip:                 8—
Total:              57—

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Guest Copy * * * *
```

```
Dunkin Donuts
Washington Reagan National Aiport
     Center Pier
     708-531-1694

Till #      : 2250201
Date/Time   : 6/13/2010 7:30 AM
Operator    : RETA A
Receipt#    : SALE 112683

Coffee Med              $1.99
SUB TOTAL               $1.99
Virginia Sales Tax      $0.18
TOTAL INC TAX           $2.17
   /Visa                $2.17
                        $0.00
```



```
REAGAN NATIONAL
    AIRPORT
For Questions or Comments: (703)417-4398
Entrance: 07:06 06/13/10 Lane # 04
Exit    : 16:16 06/13/10 Lane # 36
License Plate VA MACHFIV
Cashier : 019           Seq. # 7536
Length of stay  0/000 09h. 10m.
Amount Paid   $ 20.00 Cash
***** Thank You for Flying *****
***** Reagan National Airport *****
```

cabins, please visit www.aa.com/cashless.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

Record Locator: NHYYZB

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 4640 | WASHINGTON REAGAN | SUN 13JUN 8:00 AM | RALEIGH DURHAM | 9:00 AM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Alan Gura | FF#: UWN6626 PLT | Economy | Seat 11A | Food For Purchase |
| American Airlines | 4400 | RALEIGH DURHAM | SUN 13JUN 3:00 PM | WASHINGTON REAGAN | 4:00 PM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Alan Gura | FF#: UWN6626 PLT | Economy | Seat 11B | Food For Purchase |

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| ALAN GURA | 0012320516447 | 442.78 | 54.62 | 497.40 |

2

## Receipt 1 (Starbucks)

```
              NC
         HMSHOST
      STARBUCKS COFFEE
   RALEIGH DURHAM INT'L AIRPORT

244133 Rosemari
------------------------------------
CHK 7566
          JUN13'10  2:19PM    GST 1
------------------------------------
         DINE IN
------------------------------------
1 ICD LATTE      G        3.50

    SUBTOTAL              3.50
    TAX                   0.31
    AMOUNT PAID           3.81
    XXXXXXXXXXXX1818
    MASTERCARD            3.81

THANK YOU FOR YOUR BUSINESS!
  US ABOUT YOUR EXPERIENCE

         TIM MEYER
       919-840-7878
    T.MEYER@HMSHOST.COM
```

## Receipt 2 (Bruegger's)

```
BRUEGGER
222 Glenwood Ave.
Raleigh, NC 27603
919-833-1199

6/13/2010 10:20:54 AM    Eat In
Order Number:       119307
1 Hot Coffee MD                   1..

Discount Total:           NC    0.00
Sub. Total:                     1.75
State & Local Tax:              0.15
Total:                          1.90

Change                          0.00
Master Card:                   -1.90
Register:2     Tran Seq No:   119307
Store No:0721                General

Kudos, Comments, Questions?
      Call 1-888-8BAKERY
      www.brueggers.com

Receive the latest promotions
and new product news by email.
Sign up for Bruegger's News at
     www.brueggers.com

Master Card
Card Num : XXXXXXXXXXXX1818
Terminal : 000880937214
Approval : 34221P

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____
      Merchant Copy
```

## Receipt 3 (Bruegger's — upside down)

```
BRUEGGER'S
222 Glenwood Ave.
Raleigh, NC 27603
919-833-1199

6/13/2010 9:36:25 AM    Eat In
Order Number:       119284
1 CC Sandwich BGL               2.19
1 Bottled Water                 1.69

Discount Total:                 0.00
Sub. Total:                     3.88
State & Local Tax:              0.34
Total:                          4.22

Change                          0.00
Master Card:                   -4.22
Register:2     Tran Seq No:   119284
Store No:0721                General
```