# Exhibit A

# BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

JUNE 11, 2012

SECOND AMENDMENT FOUNDATION, INC.            KD
C/O ALAN GURA, ESQ.                          Invoice Number -    504941
alan@gurapossessky.com                       Client Number -     105581
                                             Matter Number -          1

The enclosed invoice is for services rendered for the period ending
MAY 31, 2012

    Legal Services

    RE:  STATE OF EMERGENCY LITIGATION         $         19,434.00

    Disbursements                              $            158.62

    Total for this Invoice                     $         19,592.62

# BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

JUNE 11, 2012

<table>
<tr><td></td><td>Page</td><td>1</td></tr>
</table>

SECOND AMENDMENT FOUNDATION, INC.   KD
C/O ALAN GURA, ESQ.                 Invoice Number -   504941
alan@gurapossessky.com              Client Number -    105581
                                    Matter Number -         1

For Professional Services Rendered
Thru MAY 31, 2012

Re:  STATE OF EMERGENCY LITIGATION

### FEES

| Date | | Hours | Description |
|---|---|---|---|
| 4/13/10 | KD | .30 | E-MAILS WITH ALAN GURA REGARDING SERVICE AND ROLE AS LOCAL COUNSEL. |
| 4/14/10 | KD | .20 | CONFERENCE WITH ANDREW TRIPP; E-MAILS WITH ALAN GURA. |
| 4/15/10 | KD | .10 | REVIEW CORRESPONDENCE WITH ALAN GURA; E-MAIL TO ALAN GURA. |
| 4/23/10 | KD | .70 | CONFERENCE CALL WITH ALAN GURA AND ANDREW TRIPP; CONFERENCE WITH ANDREW TRIPP. |
| 5/25/10 | KD | .30 | E-MAILS WITH ALAN GURA AND ANDREW TRIPP REGARDING MEETING IN JUNE WITH CLIENTS AND REGARDING DRAFT COMPLAINT AND MOTIONS. |
| 6/03/10 | KD | .20 | MULTIPLE E-MAILS WITH ALAN GURA REGARDING MEETING WITH CLIENTS. |
| 6/04/10 | KD | .20 | E-MAILS WITH ALAN GURA AND ANDREW TRIPP REGARDING IDENTITY OF DEFENDANTS. |
| 6/11/10 | KD | .20 | E-MAILS WITH ANDREW TRIPP REGARDING IDENTITY OF NAMED DEFENDANTS, POSSIBLE RESEARCH NEEDED, AND MEETING WITH ALAN GURA AND CLIENTS THIS WEEKEND. |
| 6/14/10 | KD | .20 | REPORT FROM ANDREW TRIPP REGARDING MEETING YESTERDAY WITH ALAN GURA AND CLIENTS. |
| 6/15/10 | KD | .10 | E-MAIL FROM ALAN GURA REGARDING RESULTS OF MEETING SUNDAY AND REGARDING ADDITIONAL COMMUNICATIONS WITH INDIVIDUAL CLIENTS. |

# BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

RE:  STATE OF EMERGENCY LITIGATION

| | | | |
|---|---|---|---|
| 6/22/10 | KD | .30 | E-MAIL FROM ALAN GURA REGARDING SCHEDULING MEETINGS WITH ADDITIONAL CLIENTS IN COMING DAYS; MESSAGE TO ANDREW TRIPP REGARDING SAME; CONFERENCE WITH ANDREW TRIPP REGARDING COMMUNICATIONS WITH ALAN GURA AND ARRANGEMENTS FOR MEETINGS WITH NEW CLIENTS. |
| 6/23/10 | KD | .60 | RECEIPT AND REVIEW OF COMMUNICATIONS BETWEEN ALAN GURA AND ANDREW TRIPP; CONFERENCE WITH TRIPP REGARDING MEETING SCHEDULED FOR FRIDAY WITH CLIENTS AND JULIANNE VERSNEL; E-MAIL TO GURA AND VERSNEL. |
| 6/24/10 | KD | .10 | E-MAIL FROM ALAN GURA REGARDING MEETING LAST NIGHT WITH VIRGIL GREEN. |
| 6/26/10 | KD | .10 | E-MAILS WITH ALAN GURA AND ANDREW TRIPP REGARDING DRAFT COMPLAINT AND PREPARATION FOR FILING ON MONDAY. |
| 6/27/10 | KD | 1.60 | NUMEROUS E-MAILS WITH ALAN GURA AND ANDREW TRIPP REGARDING DRAFT COMPLAINT, PREPARATIONS TO FILE SAME, DRAFT PRESS RELEASE BY GRASS ROOTS NORTH CAROLINA, AND RELATED ISSUES; CONFERENCE WITH ANDREW TRIPP REGARDING SAME; REVIEW AND EDIT DRAFT COMPLAINT; E-MAIL TO ANDREW TRIPP REGARDING SUBSTANTIVE AND OTHER COMMENTS REGARDING COMPLAINT; E-MAIL SUBSTANTIVE COMMENTS REGARDING DRAFT COMPLAINT TO ALAN GURA. |
| 6/28/10 | ATT | 6.50 | REVIEW DRAFT COMPLAINT; REVISE; FILE CASE. |
| 6/28/10 | KD | 2.40 | E-MAIL FROM ALAN GURA REGARDING ADDITION TO COMPLAINT OF LANGUAGE REGARDING EFFECT OF STATUTE ON HUNTERS; CONFERENCES AND E-MAILS WITH ANDREW TRIPP AND ALAN GURA REGARDING REVISING COMPLAINT TO REFLECT SAME AND REGARDING OTHER REVISIONS TO COMPLAINT TO BE COMPLETED BEFORE FILING; E-MAIL FROM GRASS ROOTS NORTH CAROLINA REGARDING |

BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page       3

RE:  STATE OF EMERGENCY LITIGATION

|         |      |       | |
|---------|------|-------|--|
|         |      |       | TIMING OF PRESS RELEASE; ACCESS AND SUMMARY REVIEW OF SUPREME COURT OPINION IN CITY OF CHICAGO CASE; REVIEW MEDIA ANALYSIS OF SAME; E-MAIL TO ALAN GURA AND ANDREW TRIPP REGARDING AND ATTACHING SAME; RECEIPT AND REVIEW OF FILED COMPLAINT; REVIEW E-MAIL FROM ANDREW TRIPP REGARDING CORPORATE DISCLOSURE STATEMENT; RECEIPT AND REVIEW OF DRAFT LETTER FROM TRIPP TO STATE OFFICIALS INFORMING THEM OF CONSTITUTIONAL CHALLENGE; REPORT FROM ANDREW TRIPP REGARDING CONVERSATION WITH CLERK'S OFFICE REGARDING DESIGNATION OF DIVISION WITHIN EDNC; E-MAIL FROM GURA REGARDING SAME. |
| 6/29/10 | KD   | .70   | RECEIPT AND REVIEW OF DISCLOSURE OF CORPORATE AFFILIATIONS BY GRASS ROOTS NORTH CAROLINA; READ SECOND AMENDMENT FOUNDATION PRESS RELEASE; REVIEW GRASS ROOTS NORTH CAROLINA WEBSITE; E-MAIL FROM JULIANNE VERSNEL REGARDING COMPLAINT; READ NEWS REPORTS REGARDING CITY OF CHICAGO AND OTHER CASES EXPECTED TO FOLLOW, INCLUDING THIS CASE; CONFERENCE WITH ANDREW TRIPP. |
| 6/30/10 | ATT  | 1.10  | PREPARE REVISED SUMMONSES AND OTHER NOTICES TO CLIENT; SUPERVISE FILINGS. |
| 6/30/10 | KD   | .50   | READ ARTICLE REGARDING NORTH CAROLINA LAWSUIT IN RALEIGH NEWS & OBSERVER; E-MAIL SAME TO CO-COUNSEL; READ ARTICLES REGARDING SAME IN OTHER MEDIA; E-MAIL FROM ALAN GURA REGARDING NOTICE OF APPEARANCE; REVIEW CASE DOCKET; CONFERENCE WITH TRIPP REGARDING NOTICE OF APPEARANCE AS LOCAL COUNSEL; REVIEW, SIGN, AND ARRANGE FILING OF NOTICE OF APPEARANCE; E-MAILS FROM ANDREW TRIPP REGARDING NOTICE FROM COURT OF SELECTION OF CASE FOR MEDIATION. |
| 7/01/10 | ATT  | 1.70  | PREPARE AND CIRCULATE SUMMONSES AND |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page      4


RE:  STATE OF EMERGENCY LITIGATION


|          |     |      | MAILINGS OF SERVICE DOCUMENTS. |
|----------|-----|------|--------------------------------|
| 7/01/10  | KD  | .10  | CONFERENCE WITH ANDREW TRIPP REGARDING HIS CONVERSATION LAST NIGHT WITH ALAN GURA, REGARDING MEDIATION ORDER, AND REGARDING MOTION FOR SUMMARY JUDGMENT. |
| 7/02/10  | KD  | .10  | REVIEW INTERNAL DOCKET REGARDING DEADLINE TO SERVE DEFENDANTS WITH COMPLAINT. |
| 7/06/10  | ATT | 1.30 | REVIEW SUMMARY JUDGMENT QUESTION; PREPARE AND CIRCULATE MEMORANDUM TO ALAN GURA REGARDING SAME. |
| 7/06/10  | KD  | .10  | RECEIPT AND REVIEW OF E-MAIL FROM ANDREW TRIPP TO ALAN GURA REGARDING CERTIFICATION OF DISPUTED FACTS UNDER EDNC LOCAL RULES. |
| 7/08/10  | KD  | .30  | READ EDITORIAL REGARDING CASE IN GREENSBORO NEWS & RECORD; E-MAIL TO CO-COUNSEL REGARDING AND ATTACHING SAME; E-MAILS TO AND FROM JULIANNE VERSNEL. |
| 7/09/10  | KD  | .20  | MULTIPLE CALLS FROM AND TO SHARON SCUDDER, GENERAL COUNSEL OF NC ASSOCIATION OF COUNTY COMMISSIONERS. |
| 7/12/10  | KD  | .40  | E-MAIL FROM DEPUTY ATTORNEY GENERAL MARK DAVIS REGARDING SERVICE AND CONSENT TO EXTENSION OF TIME; E-MAILS WITH GURA REGARDING REQUESTED EXTENSION, REQUESTING ACKNOWLEDGEMENT OF SERVICE, AND PROGRESS OF DRAFT SUMMARY JUDGMENT MOTION; E-MAIL TO DAVIS EXPRESSING CONSENT TO EXTENSION IF OBJECTIONS TO SERVICE ARE WAIVED. |
| 7/13/10  | KD  | .60  | TELEPHONE CONFERENCE WITH ATTORNEY SHARON SCUDDER OF THE ASSOCIATION OF COUNTY ATTORNEYS; TELEPHONE CONFERENCE WITH ALAN GURA REGARDING CLAIMS AGAINST STOKES COUNTY; FOLLOW-UP CONVERSATION WITH SHARON SCUDDER REGARDING SAME. |
| 7/14/10  | KD  | .30  | TELEPHONE CONFERENCE WITH CITY OF KING ATTORNEY WALTER PITT REGARDING CASE AND REGARDING EXTENSION OF TIME; E-MAIL TO ALAN GURA AND ANDREW TRIPP REGARDING |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page     5


RE:  STATE OF EMERGENCY LITIGATION


|          |     |      | SAME. |
|----------|-----|------|-------|
| 7/15/10  | KD  | .10  | RECEIPT OF STATE'S MOTION TO EXTEND TIME. |
| 7/16/10  | KD  | .10  | NOTICES FROM COURT REGARDING DEFICIENCIES IN DEFENDANT'S FILINGS. |
| 7/18/10  | KD  | .10  | REVIEW INTERNAL DOCKET REGARDING SERVICE DEADLINE. |
| 7/19/10  | ATT | .30  | CORRESPONDENCE WITH LORI JONES AS COUNSEL FOR STOKES COUNTY; UPDATE DAVIS AND GURA. |
| 7/19/10  | KD  | .50  | E-MAILS FROM AND CONFERENCE WITH ANDREW TRIPP REGARDING COMMUNICATIONS WITH COUNSEL FOR STOKES COUNTY AND REGARDING REQUESTED EXTENSION; CALL TO COUNSEL FOR STOKES COUNTY, HENRY JONES. |
| 7/20/10  | KD  | .20  | RECEIPT OF VARIOUS NOTICES FROM COURT AND MOTIONS FOR EXTENSION OF TIME. |
| 7/21/10  | KD  | .50  | NOTICE FROM COURT REGARDING REFERRAL OF MOTIONS TO CLERK OF COURT; MULTIPLE CALLS WITH KEVIN WILLIAMS, ATTORNEY FOR THE TOWN OF KING; REPORT TO ALAN GURA REGARDING SAME. |
| 7/22/10  | KD  | .10  | RECEIPT OF ORDERS FROM COURT GRANTING DEFENDANTS EXTENSIONS OF TIME TO ANSWER. |
| 7/24/10  | KD  | .10  | RECEIPT AND REVIEW OF E-MAILS BETWEEN ANDREW TRIPP AND ALAN GURA REGARDING QUESTIONS FROM ATTORNEYS FOR CITY OF KING AND REGARDING NOTICE OF APPEARANCE BY ALAN GURA. |
| 8/02/10  | KD  | .10  | REVIEW DOCKET REGARDING DESIGNATION OF CASE FOR MEDIATION. |
| 8/04/10  | ATT | .60  | DISCUSS CASE WITH KEARNS DAVIS; REVIEW ANSWER DEADLINES. |
| 8/04/10  | KD  | .20  | CONFERENCE WITH ANDREW TRIPP REGARDING SUMMARY JUDGMENT STRATEGY; E-MAILS FROM ANDREW TRIPP AND ALAN GURA REGARDING OPPOSING COUNSEL AND DEFENDANTS' RESPECTIVE DEADLINES TO RESPOND TO COMPLAINT. |
| 8/10/10  | KD  | .90  | E-MAILS FROM ALAN GURA AND ANDREW TRIPP REGARDING ECF ACCESS; CALL FROM REPORTER |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page      6

RE:   STATE OF EMERGENCY LITIGATION

|          |     |       |                                                                                                                                                                                           |
|----------|-----|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |       | BOB BUCKLEY; E-MAILS WITH GURA REGARDING SAME; TELEPHONE CONFERENCE WITH BUCKLEY; REPORT TO GURA REGARDING CONVERSATION WITH BUCKLEY.                                                       |
| 8/11/10  | KD  | .30   | RECEIPT OF MOTION TO DISMISS AND MEMORANDUM IN SUPPORT FILED BY COUNSEL FOR STOKES COUNTY; E-MAILS TO AND FROM ANDREW TRIPP REGARDING PREPARATION OF RESPONSE; RECEIPT AND REVIEW OF E-MAIL FROM ANDREW TRIPP TO ALAN GURA REGARDING MOTION AND REGARDING TIMETABLE FOR RESPONSE. |
| 8/13/10  | KD  | .10   | RECEIPT OF MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF STATE DEFENDANTS.                                                                                                                |
| 8/17/10  | KD  | .10   | CONFERENCE WITH ANDREW TRIPP REGARDING MOTIONS FILED AND ABSENCE OF FILING FROM CITY OF KING AND REGARDING POSSIBLE MOTION FOR DEFAULT.                                                     |
| 8/17/10  | KD  | .10   | RECEIPT OF MOTION TO DISMISS AND MEMORANDUM OF SUPPORT FILED BY DEFENDANT CITY OF KING.                                                                                                     |
| 8/19/10  | KD  | .10   | EMAIL FROM ALAN GURA REGARDING DEVELOPMENTS IN OTHER PENDING SECOND AMENDMENT CASES AND REGARDING PREPARATION OF BRIEFS IN RESPONSE TO MOTIONS TO DISMISS.                                  |
| 8/26/10  | ATT | 1.60  | REVIEW AND CONSIDER FILING DEADLINES AND POSSIBLE MOTION TO EXTEND; REVIEW DOCKET AND FILINGS; CORRESPONDENCE WITH JULIANNE VERSNEL AND ALAN GURA REGARDING SAME; PREPARE AND CIRCULATE MEMORANDA TO OPPOSING COUNSEL REGARDING EXTENSIONS. |
| 8/26/10  | KD  | .10   | RECEIPT AND REVIEW OF E-MAILS FROM ANDREW TRIPP TO ALAN GURA AND TO COUNSEL FOR DEFENDANTS REGARDING RESPONSE DEADLINES.                                                                    |
| 8/28/10  | KD  | .10   | REPORT FROM JULIANNE VERSNEL REGARDING TELEPHONE CONVERSATION WITH FORREST MINGES.                                                                                                          |
| 8/30/10  | ATT | .60   | REVIEW AND DISCUSS EXTENSION OF FILING                                                                                                                                                     |

# BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                          Page     7

RE:   STATE OF EMERGENCY LITIGATION

```
                         DEADLINES WITH VARIOUS PERSONS.
8/30/10     KD     .30  RECEIPT AND REVIEW OF SERIES OF E-MAILS
                         BETWEEN ALAN GURA AND ANDREW TRIPP
                         REGARDING BRIEFING DEADLINES; RECEIPT OF
                         ANDREW TRIPP E-MAILS TO DEFENDANTS'
                         COUNSEL REGARDING SAME; E-MAIL TO ANDREW
                         TRIPP AND ALAN GURA.
8/31/10     ATT   1.00  CORRESPOND WITH VARIOUS COUNSEL
                         REGARDING EXTENSION OF DEADLINES.
9/01/10     ATT    .10  REVIEW AND CONSIDER CORRESPONDENCE WITH
                         ALAN GURA REGARDING STATUS OF CASE,
                         ESPECIALLY TIMING OF RESPONSE TO MOTION
                         TO DISMISS.
9/02/10     ATT   1.50  PREPARE MOTION TO EXTEND DEADLINE FOR
                         RESPONSE TO MOTIONS TO DISMISS; FILE
                         MOTION TO EXTEND.
9/03/10     KD     .10  RECEIPT OF ORDER GRANTING EXTENSION OF
                         TIME TO FILE RESPONSES TO MOTIONS TO
                         DISMISS.
9/05/10     KD     .20  READ MEDIA REPORT REGARDING GOVERNOR'S
                         RESPONSE TO INQUIRIES REGARDING HUNTING
                         AFTER DECLARATION OF STATE OF EMERGENCY
                         REGARDING HURRICANE EARL; E-MAIL TO ALAN
                         GURA AND ANDREW TRIPP REGARDING SAME.
9/08/10     KD     .10  READ INTERNET POST BY PAUL VALONE
                         REGARDING GOVERNOR'S SUSPENSION OF GUN
                         RIGHTS.
9/22/10     KD     .10  EMAIL FROM ALAN GURA REGARDING STATUS OF
                         DRAFTS OF RESPONSES TO DEFENDANT'S
                         MOTIONS TO DISMISS AND OUR MOTION FOR
                         SUMMARY JUDGMENT.
9/23/10     ATT   5.00  REVIEW AND PROVIDE COMMENT ON RESPONSE
                         TO MOTION TO DISMISS; DISCUSS SAME WITH
                         ALAN GURA TELEPHONICALLY.
9/23/10     KD     .30  RECEIPT AND REVIEW OF ANDREW TRIPP'S
                         COMMENTS TO ALAN GURA REGARDING DRAFT
                         BRIEF; E-MAILS FROM ALAN GURA REGARDING
                         SAME AND REGARDING AND ATTACHING DRAFT
                         RESPONSE TO STOKES COUNTY MOTION;
                         RECEIPT AND REVIEW OF ANDREW TRIPP'S
                         COMMENTS REGARDING SAME.
```

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page      8

RE:  STATE OF EMERGENCY LITIGATION

| Date | Atty | Hours | Description |
|---|---|---|---|
| 9/24/10 | ATT | 4.50 | PROOF AND FINALIZE RESPONSES TO MOTIONS TO DISMISS. |
| 9/24/10 | KD | .50 | MULTIPLE E-MAILS WITH ALAN GURA AND ANDREW TRIPP REGARDING REVISED DRAFT BRIEFS; E-MAIL FROM ATTORNEY WALTER PITT REGARDING JOINT RESPONSE; RECEIPT OF FILED RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS. |
| 9/27/10 | KD | .10 | RECEIPT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF. |
| 9/28/10 | KD | .20 | E-MAILS FROM KEVIN WILLIAMS AND ANDREW TRIPP REGARDING EXTENSION OF TIME FOR CITY OF KING TO FILE REPLY; REVIEW AND REVISE CASE TO-DO LIST. |
| 10/05/10 | KD | .10 | E-MAILS FROM ANDREW TRIPP, ALAN GURA, AND MARK DAVIS REGARDING STATE'S REQUEST FOR CONSENT TO EXTENSION OF PAGE LIMITATION. |
| 10/12/10 | KD | .10 | RECEIPT OF STATE'S REPLY IN SUPPORT OF MOTION TO DISMISS. |
| 10/14/10 | KD | .10 | RECEIPT FROM ALAN GURA OF DRAFT SUMMARY JUDGMENT MOTION. |
| 10/21/10 | ATT | 1.60 | REVIEW DRAFT SUMMARY JUDGMENT BRIEF; DISCUSS SAME WITH ALAN GURA. |
| 11/03/10 | ATT | 1.70 | REVIEW AND OBTAIN SIGNATURES FOR DECLARATION OF FORREST MINGES; DISCUSS CASE WITH MINGES AND CLIENT MICHAEL BATEMAN; UPDATE ALAN GURA. |
| 11/03/10 | KD | .50 | E-MAIL TO ANDREW TRIPP REGARDING SAME AND REGARDING STATUS OF SUMMARY JUDGMENT MOTION; MULTIPLE E-MAILS WITH TRIPP AND ALAN GURA. |
| 11/04/10 | ATT | 2.50 | REVIEW AND PROVIDE COMMENT REGARDING SUMMARY JUDGMENT AND ASSEMBLY OF DECLARATIONS; UPDATE ALAN GURA. |
| 11/04/10 | KD | .50 | EMAILS AND CONFERENCE WITH ANDREW TRIPP REGARDING SUMMARY JUDGMENT BRIEF. |
| 11/07/10 | KD | .10 | RECEIPT AND REVIEW OF EMAIL FROM ALAN GURA REGARDING SUMMARY JUDGMENT BRIEF. |
| 11/08/10 | ATT | .70 | CONSULT ALAN GURA REGARDING FORMAT AND SUBSTANCE OF MOTION FOR SUMMARY JUDGMENT |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

RE:   STATE OF EMERGENCY LITIGATION

|  |  |  |  |
|---|---|---|---|
| | | | AND MEMORANDUM OF THE SAME. |
| 11/08/10 | KD | .30 | RECEIPT AND REVIEW OF EMAIL CORRESPONDENCE FROM ALAN GURA AND ANDREW TRIPP REGARDING MOTION AND BRIEF; RECEIPT AND REVIEW OF FILED MOTION. |
| 11/18/10 | KD | .10 | RECEIPT AND REVIEW OF CORRESPONDENCE BETWEEN ANDREW TRIPP AND STOKES COUNTY COUNSEL REGARDING EXTENSION. |
| 11/19/10 | KD | .10 | RECEIPT AND REVIEW OF E-MAILS BETWEEN ANDREW TRIPP AND ATTORNEY FOR CITY OF KING REGARDING EXTENSION OF TIME. |
| 11/22/10 | KD | .10 | RECEIPT OF MOTIONS AND ORDER REGARDING EXTENSION OF TIME. |
| 12/06/10 | KD | .10 | READ ABA JOURNAL ARTICLE REGARDING CHALLENGES BASED ON CITY OF CHICAGO, INCLUDING THIS CASE. |
| 12/14/10 | KD | .10 | RECEIPT AND REVIEW OF E-MAIL FOR ATTORNEY FOR BRADY CENTER REGARDING CONSENT TO SUBMISSION OF AMICUS BRIEF. |
| 12/15/10 | KD | .40 | RECEIPT OF STATE'S MEMORANDUM IN OPPOSITION TO OUR MOTION FOR SUMMARY JUDGMENT, STATE'S MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT OF STATE'S MOTION FOR SUMMARY JUDGMENT, AND AFFIDAVITS FILED BY STATE; EMAIL FROM ALAN GURA REGARDING POSITION REGARDING AMICUS BRIEF; RECEIPT OF ADDITIONAL EMAILS FROM ALAN GURA AND ANDREW TRIPP REGARDING AMICUS BRIEF AND REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; E-MAILS WITH TRIPP REGARDING CONDITIONS ON CONSENT TO AMICUS BRIEF. |
| 12/16/10 | KD | .10 | RECEIPT OF SUMMARY JUDGMENT DOCUMENTS FILED BY TOWN OF KING AND STOKES COUNTY. |
| 12/17/10 | KD | .10 | RECEIPT AND REVIEW OF FILINGS BY AMICI. |
| 1/03/11 | KD | .30 | CONFERENCE WITH ANDREW TRIPP; E-MAILS FROM ALAN GURA AND TO TRIPP REGARDING BRIEFING DEADLINES. |
| 1/05/11 | KD | .20 | RECEIPT AND REVIEW OF ANALYSIS BY ANDREW TRIPP OF APPROACHING BRIEFING DEADLINES. |
| 1/06/11 | WJC | 1.10 | CONFERENCE WITH KEARNS DAVIS AND ANDREW |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page     10


RE:   STATE OF EMERGENCY LITIGATION


| | | | |
|---|---|---|---|
| | | | TRIPP; TELEPHONE CONFERENCE WITH KEARNS DAVIS, ANDREW TRIPP AND ALAN GURA TO DISCUSS DEADLINE FOR FILING RESPONSE BRIEF TO MOTION FOR SUMMARY JUDGMENT AND OTHER MATTERS. |
| 1/06/11 | KD | .40 | CONFERENCE WITH ANDREW TRIPP REGARDING BRIEFING DEADLINE; CONFERENCE WITH ANDREW TRIPP AND WES CAMDEN REGARDING COMMUNICATIONS WITH CLERK'S OFFICE AND AGENDA FOR CONVERSATION WITH ALAN GURA; CONFERENCE CALL WITH ALAN GURA, ANDREW TRIPP AND WES CAMDEN. |
| 1/07/11 | WJC | .40 | E-MAIL FROM ALAN GURA WITH DRAFT RESPONSE BRIEF TO MOTION FOR SUMMARY JUDGMENT; REVIEW AND CONSIDER BRIEFS; E-MAIL FROM ANDREW TRIPP REGARDING SAME; E-MAIL TO ALAN GURA AND ANDREW TRIPP REGARDING SAME. |
| 1/07/11 | KD | .10 | EMAILS FROM ALAN GURA AND ANDREW TRIPP REGARDING DRAFT BRIEF. |
| 1/09/11 | WJC | .10 | E-MAIL TO ANDREW TRIPP REGARDING FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT. |
| 1/10/11 | ATT | 1.50 | REVIEW AND COMMENT ON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. |
| 1/10/11 | KD | .30 | RECEIPT AND REVIEW OF E-MAILS BETWEEN ANDREW TRIPP AND ALAN GURA REGARDING COMMENTS AND CHANGES TO DRAFT BRIEF; RECEIPT OF FINAL, FILED BRIEF; RECEIPT AND REVIEW OF E-MAIL FROM GURA TO CLIENTS REGARDING AND ATTACHING SAME. |
| 1/12/11 | KD | .10 | RECEIPT AND REVIEW OF E-MAILS BETWEEN ANDREW TRIPP AND DEFENDANTS' COUNSEL REGARDING MOTION TO WITHDRAW. |
| 1/13/11 | WJC | .40 | DRAFT AND FILE NOTICE OF APPEARANCE IN MATTER. |
| 1/13/11 | KD | .10 | RECEIPT AND REVIEW OF E-MAIL FROM ANDREW TRIPP AND ATTACHED MOTION AND ORDER REGARDING WITHDRAWAL; E-MAIL TO ANDREW TRIPP REGARDING SAME. |
| 1/18/11 | KD | .10 | RECEIPT OF MOTION FOR EXTENSION OF TIME FILED BY STATE DEFENDANTS. |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                          Page    11

RE:  STATE OF EMERGENCY LITIGATION

| | | | |
|---|---|---|---|
| 1/19/11 | KD | .10 | RECEIPT OF ORDER GRANTING EXTENSION OF TIME FOR REPLY TO OUR RECENT RESPONSE TO SUMMARY JUDGMENT MOTION. |
| 1/20/11 | KD | .10 | RECEIPT OF COURT ORDER GRANTING RELIEF TO FILE AMICUS BRIEF. |
| 1/28/11 | KD | .10 | RECEIPT AND REVIEW OF E-MAIL FROM ALAN GURA TO CLIENT REGARDING LEGISLATIVE EFFORTS TO REPEAL OR REVISE STATE OF EMERGENCY STATUTE. |
| 2/02/11 | KD | .10 | RECEIPT OF STATE'S REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION. |
| 2/28/11 | KD | .10 | NOTICE FROM COURT REGARDING SUBMISSION OF MOTIONS TO COURT FOR DECISION. |
| 3/31/11 | KD | .10 | RECEIPT AND REVIEW OF ORDER DISMISSING CLAIMS AGAINST LOCAL GOVERNMENTS. |
| 4/01/11 | KD | .10 | RECEIPT AND REVIEW OF EMAIL FROM ALAN GURA TO CLIENTS ATTACHING AND EXPLAINING JUDGE HOWARD'S ORDER. |
| 4/11/11 | WJC | .50 | REVIEW E-MAIL FROM ALAN GURA REGARDING PROPOSED LEGISLATION THAT COULD MOOT THE PENDING LITIGATION; FORWARD E-MAIL FROM ALAN GURA TO CHARLES MARSHALL FOR HIS OPINION ON THE STATUS AND VIABILITY OF THE PROPOSED LEGISLATIVE CHANGES; TELEPHONE CONFERENCE WITH CHARLES MARSHALL REGARDING SAME. |
| 4/11/11 | KD | .10 | RECEIPT AND REVIEW OF E-MAIL FROM ALAN GURA TO CLIENT. |
| 6/10/11 | WJC | .60 | E-MAIL FROM ALAN GURA REGARDING STATUS OF PENDING MOTIONS; E-MAIL FROM KEARNS DAVIS REGARDING SAME; CONFERENCE WITH KEARNS DAVIS REGARDING RESPONSE TO E-MAIL FROM ALAN GURA. |
| 6/10/11 | KD | .80 | E-MAIL FROM ALAN GURA REGARDING GAUGING LIKELY TIMING OF RULING ON MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH WES CAMDEN REGARDING SAME; E-MAILS WITH GURA REGARDING FACTORS CONTRIBUTING TO TIMING OF RULING; RECEIPT AND REVIEW OF E-MAILS BETWEEN GURA AND CLIENT REGARDING; CONFERENCE WITH WES CAMDEN. |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                        Page     12

RE:   STATE OF EMERGENCY LITIGATION


| Date | Atty | Hrs | Description |
|------|------|-----|-------------|
| 6/14/11 | KD | .30 | CALL FROM ED PARKER REGARDING CASE; E-MAILS WITH ALAN GURA REGARDING SAME. |
| 7/11/11 | KD | .10 | RECEIPT AND REVIEW OF E-MAIL FROM ALAN GURA REGARDING SUPPLEMENTAL AUTHORITY FOR SUBMISSION TO JUDGE HOWARD. |
| 7/18/11 | WJC | .50 | E-MAIL FROM ALAN GURA WITH PROPOSED NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY; REVIEW PROPOSED NOTICE; E-MAIL TO KEARNS DAVIS REGARDING SAME; REVIEW E-MAIL FROM KEARNS DAVIS TO ALAN GURA REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY; ADDITIONAL E-MAILS FROM KEARNS DAVIS AND ALAN GURA REGARDING SAME. |
| 7/18/11 | KD | .30 | RECEIPT AND REVIEW OF PROPOSED SUBMISSION OF SUBSEQUENT AUTHORITY; E-MAILS WITH WES CAMDEN AND ALAN GURA REGARDING SAME. |
| 10/21/11 | WJC | .10 | REVIEW NOTICE ESTABLISHING DISCOVERY PLAN; MULTIPLE E-MAILS FROM KEARNS DAVIS AND ALAN GURA REGARDING SAME. |
| 10/21/11 | KD | .20 | RECEIPT OF NOTICE FROM COURT REGARDING DISCOVERY PLAN; EMAILS TO WES CAMDEN AND FROM ALAN GURA REGARDING SAME. |
| 10/24/11 | WJC | .40 | REVIEW ORDER ESTABLISHING DISCOVERY SCHEDULE; REVIEW COURT DOCKET; TELEPHONE CALL TO ALAN GURA REGARDING STATUS OF MATTER AND POTENTIAL STRATEGIES FOR RESPONDING TO DISCOVERY ORDER. |
| 11/02/11 | WJC | .50 | TELEPHONE CALL TO KEARNS DAVIS REGARDING DISCOVERY RELATED ISSUES IN MATTER, LEFT DETAILED MESSAGE; DRAFT AND SEND E-MAIL TO CHARLES MARSHALL REGARDING ALEX PETERS; TELEPHONE CALL TO ALAN GURA REGARDING DISCOVERY RELATED ISSUES, LEFT DETAILED MESSAGE. |
| 11/02/11 | KD | .40 | CONFERENCE WITH WES CAMDEN REGARDING DISCOVERY ISSUE AND COMMUNICATIONS WITH DEFENDANTS. |
| 11/09/11 | KD | .10 | NOTICE FROM COURT CANCELING REQUIREMENT OF DISCOVERY PLAN. |

## BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page    13

RE:   STATE OF EMERGENCY LITIGATION

| | | | |
|---|---|---|---|
| 11/14/11 | WJC | .10 | E-MAIL TO ALAN GURA REGARDING NOTICE FROM COURT TO DISREGARD PREVIOUSLY ENTERED DISCOVERY ORDER. |
| 3/05/12 | KD | .10 | EMAIL FROM ALAN GURA REGARDING DISTRICT OF MARYLAND DECISION UNDER SECOND AMENDMENT. |
| 3/29/12 | KD | .40 | RECEIPT AND REVIEW OF ORDER GRANTING SUMMARY JUDGMENT AS APPLIED TO PLAINTIFFS; RECEIPT OF JUDGMENT; MULTIPLE EMAILS WITH ALAN GURA REGARDING SAME AND REGARDING NEXT STEPS. |
| 3/30/12 | KD | .30 | EMAILS WITH ALAN GURA REGARDING BILL OF COSTS, MOTION FOR ATTORNEYS' FEES, AND LIKELIHOOD OF STATE APPEAL; MULTIPLE ADDITIONAL EMAILS FROM GURA AND PAUL VALONE REGARDING CONVERSATIONS WITH REPORTERS AND POSITION OF STATE REGARDING IMPLICATIONS OF DECISION. |
| 4/01/12 | KD | .80 | REVIEW CORRESPONDENCE FROM ALAN GURA SINCE ENTRY OF JUDGMENT; CONSIDER ISSUES RAISED BY GURA REGARDING INJUNCTIVE RELIEF, APPEAL, EFFECT OF RECODIFICATION IN OTHER AREAS OF NORTH CAROLINA STATUTES, AND BILL FOR ATTORNEY'S FEES AND COSTS; EMAIL TO GURA RESPONDING ON EACH ISSUE; INSTRUCTIONS TO WES CAMDEN REGARDING CALCULATION OF DEADLINES, COMMUNICATIONS WITH COURT REGARDING EXTENSION OF TIME AND PREPARING BILL OF COSTS AND SUBMISSION FOR ATTORNEY'S FEES; REVIEW AND REVISE CASE TO-DO LIST. |
| 4/02/12 | WJC | .80 | E-MAIL FROM KEARNS DAVIS REGARDING PREPARING MOTION FOR COSTS AND MOTION FOR ATTORNEY'S FEES AND REQUEST FOR EXTENSION OF TIME RELATED TO SAME; DRAFT AND SEND E-MAIL TO ALEX PETERS REGARDING SAME; TELEPHONE CALL TO DREW ERTESHEK REGARDING SAME; RESEARCH CIVIL RULES OF PROCEDURE AND LOCAL RULES FOR DEADLINES AND PROCESS FOR FILING MOTION FOR COSTS AND ATTORNEY'S FEES; E-MAIL TO KEARNS |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page    14

RE:  STATE OF EMERGENCY LITIGATION

|  |  |  |  |
|---|---|---|---|
|  |  |  | DAVIS WITH UPDATE ON STATUS OF MATTER AND PROCESS FOR SEEKING COSTS AND ATTORNEY'S FEES. |
| 4/02/12 | KD | .30 | READ ARTICLE REGARDING COURT'S DECISION IN WINSTON-SALEM JOURNAL; EMAILS WITH ALAN GURA, CLIENT, AND ALAN GOTTLIEB REGARDING SAME; REPORT FROM WES CAMDEN REGARDING REVIEW OF RULES REGARDING TIMING AND CONTENT OF BILL OF COSTS AND MOTION FOR ATTORNEYS FEES; EMAIL TO WES CAMDEN REGARDING COMPILING AND PREPARING SAME. |
| 4/03/12 | WJC | 1.00 | REVIEW VOICEMAIL FROM DREW ERTESCHEK; TELEPHONE CALLS WITH DREW ERTESCHEK; TELEPHONE CONFERENCE WITH ALEX PETERS; E-MAIL TO ALAN GURA REGARDING STATUS OF MATTER AND REQUEST FOR EXTENSION OF DEADLINE TO FILE MOTION FOR COSTS AND ATTORNEY'S FEES. |
| 4/03/12 | KD | .10 | RECEIPT AND REVIEW OF EMAILS BETWEEN WES CAMDEN AND ALAN GURA REGARDING APPEAL AND REGARDING EXTENSION OF TIME TO FILE FEE APPLICATION. |
| 4/04/12 | WJC | .40 | FINALIZE DRAFT MOTION FOR EXTENSION OF TIME TO FILE MOTION SEEKING COSTS AND ATTORNEY'S FEES; E-MAIL TO KEARNS DAVIS WITH COPIES OF SAME ATTACHED FOR HIS REVIEW. |
| 4/04/12 | KD | .30 | READ OP-ED REGARDING COURT'S OPINION IN GREENSBORO NEWS & RECORD; EMAIL SAME TO ALAN GURA AND CLIENT; EMAILS WITH GURA AND CLIENT REGARDING POSSIBLE APPEAL BY STATE. |
| 4/05/12 | WJC | .80 | E-MAIL FROM KEARNS DAVIS REGARDING MOTION TO EXTEND FILING DEADLINE AND PROPOSED ORDER GRANTING SAME; TELEPHONE CONFERENCE WITH KEARNS DAVIS REGARDING SAME; E-MAIL TO ALAN GURA WITH COPY OF SAME ATTACHED FOR HIS REVIEW; E-MAIL FROM ALAN GURA REGARDING SAME; TELEPHONE CALL TO ALAN GURA REGARDING SAME, LEFT |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page    15

RE:   STATE OF EMERGENCY LITIGATION


|            |      |      | DETAILED MESSAGE. |
|------------|------|------|-------------------|
| 4/05/12    | KD   | .20  | RECEIPT AND REVIEW OF DRAFT MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS; COMMENTS TO WES CAMDEN REGARDING SAME. |
| 4/09/12    | WJC  | .90  | TELEPHONE CONFERENCE WITH ALEX PETERS; REVISE AND FILE MOTION FOR EXTENSION OF TIME TO FILE MOTION SEEKING COSTS AND/OR ATTORNEY'S FEES AND PROPOSED ORDER. |
| 4/12/12    | WJC  | 1.80 | TELEPHONE CONFERENCE WITH ALAN GURA REGARDING STATUS OF ORDER ON MOTION REQUESTING EXTENSION OF TIME; TELEPHONE CALL TO THE CLERK'S OFFICE REGARDING SAME; TELEPHONE CONFERENCES WITH ALAN GURA REGARDING STATUS OF MOTION AND STRATEGY FOR FILING MOTION FOR COSTS AND ATTORNEY'S FEES IF ORDER IS NOT GRANTED; CONDUCT LEGAL RESEARCH IN SUPPORT OF SAME; TELEPHONE CONFERENCES WITH CLERK'S OFFICE STAFF REGARDING ORDER GRANTING EXTENSION OF TIME; REVIEW TEXT ORDER GRANTING MOTION; TELEPHONE CONFERENCE WITH ALAN GURA REGARDING SAME. |
| 4/15/12    | KD   | .10  | CALL AND EMAIL FROM ALAN GURA REGARDING DEADLINE FOR MOTION FOR ATTORNEYS FEES AND COSTS; RECEIPT OF ORDER GRANTING EXTENSION. |
| 5/01/12    | WJC  | .30  | REVIEW AND RESPOND TO E-MAILS FROM KEARNS DAVIS AND ALAN GURA REGARDING DRAFT FEE PROPOSAL. |
| 5/01/12    | KD   | .20  | EMAILS WITH ALAN GURA REGARDING STATE'S FAILURE TO APPEAL AND REGARDING FEE APPLICATION; EMAIL TO WES CAMDEN REGARDING SAME; ADDITIONAL EMAILS WITH ALAN GURA AND WES CAMDEN REGARDING FEE APPLICATION. |
| 5/15/12    | KD   | .10  | EMAIL FROM ALAN GURA REGARDING FEE APPLICATION. |
| 5/16/12    | WJC  | 1.10 | TELEPHONE CONFERENCE WITH CHARLES COBLE; DRAFT BRIEF MEMORANDUM ANALYZING THE |

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                          Page    16

RE:   STATE OF EMERGENCY LITIGATION

|  |  |  |  |
|---|---|---|---|
|  |  |  | ATTORNEY'S FEES ISSUE; DRAFT AND SEND E-MAIL TO KEARNS DAVIS AND ALAN GURA REGARDING SAME WITH MEMO ATTACHED FOR THEIR REVIEW. |
| 5/17/12 | WJC | .40 | REVIEW E-MAIL FROM KEARNS DAVIS REGARDING AFFIDAVITS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES; DRAFT AND SEND E-MAIL TO KEARNS DAVIS AND ALAN GURA WITH AFFIDAVITS ATTACHED FOR THEIR REVIEW. |
| 5/17/12 | KD | .20 | RECEIPT AND REVIEW OF EMAIL AND MEMORANDUM FROM WES CAMDEN REGARDING FEE APPLICATION; EMAIL TO WES CAMDEN REGARDING SAME AND REGARDING ADDITIONAL INFORMATION NEEDED. |
| 5/24/12 | KD | .30 | DETAILED EMAIL FROM ALAN GURA REGARDING PREPARATION OF FEE APPLICATION; EMAIL TO GURA REGARDING SAME; INSTRUCTIONS TO WES CAMDEN REGARDING PREPARATION OF FEE REQUEST AND AFFIDAVIT IN SUPPORT THEREOF; RECEIPT AND REVIEW OF EMAIL FROM WES CAMDEN TO ALAN GURA REGARDING BIOGRAPHICAL INFORMATION, PREPARATION OF AFFIDAVIT, AND POSSIBLE NEGOTIATIONS WITH STATE REGARDING FEES. |
| 5/29/12 | WJC | .20 | TELEPHONE CONFERENCE WITH KEARNS DAVIS REGARDING STRATEGY FOR COMPLETING FEE REQUEST; REVIEW OUR BILLING MATERIALS IN SUPPORT OF SAME. |
| 5/29/12 | KD | .30 | EMAIL FROM ALAN GURA REGARDING FEE REQUEST; EMAIL TO WES CAMDEN REGARDING SAME AND REGARDING SEEKING SETTLEMENT; CONFERENCE WITH WES CAMDEN REGARDING APPROACHING STATE REGARDING SETTLEMENT AND REGARDING LITIGATION OF FEE ISSUE IF NECESSARY. |
| 5/30/12 | KD | .10 | REVIEW AND REVISE CASE TO-DO LIST. |

                              TOTAL FEES                      19,434.00

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489

SECOND AMENDMENT FOUNDATION, INC.                    Page    17


RE:   STATE OF EMERGENCY LITIGATION


    DISBURSEMENTS

        POSTAGE                                  10.66
        REPRODUCTION OF DOCUMENTS                 1.60
        OVERNIGHT DELIVERY                       55.66
        LONG DISTANCE TELEPHONE                  21.17
        COMPUTER RESEARCH                        69.53

            TOTAL DISBURSEMENTS                      158.62


            TOTAL CURRENT INVOICE                19,592.62

# BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.

ATTORNEYS AND COUNSELLORS AT LAW

POST OFFICE BOX 26000

GREENSBORO, NORTH CAROLINA 27420

TELEPHONE: (336) 373-8850

TAX I.D. #56-0561489


SECOND AMENDMENT FOUNDATION, INC.                    Page    18


RE:  STATE OF EMERGENCY LITIGATION


| ATTORNEY NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| KEARNS DAVIS | 27.80 | 375.00 | 10,425.00 |
| WES JOHN CAMDEN | 12.40 | 195.00 | 2,418.00 |
| ANDREW T. TRIPP | 33.80 | 195.00 | 6,591.00 |
|  | 74.00 |  | 19,434.00 |

```
                        REMITTANCE ADVICE
                        -----------------


MAIL PAYMENTS TO:     BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.
                      POST OFFICE BOX 26032
                      GREENSBORO, NORTH CAROLINA 27420


To ensure proper credit, please return this advice


      Client Number -     105581     Matter Number -        1     KD

      SECOND AMENDMENT FOUNDATION, INC.
      C/O ALAN GURA, ESQ.
      alan@gurapossessky.com



      Invoice Number              Date                 Amount
      --------------        ------------------      --------------
        504941              JUNE 11, 2012              19,592.62



      Check Number_____     Date_____     Amount_____
```