# Exhibit B



paygovadmin@mail.doc.twai.gov
06/28/2010 03:24 PM

To "kdavis@brookspierce.com" <kdavis@brookspierce.com>
cc
bcc
Subject Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NCED CM ECF
Pay.gov Tracking ID: 25121QAG
Agency Tracking ID: 0417-1232642

Account Holder Name: J. H. Versnell
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 12500 N.E. 10th Place
City: Bellevue
State/Province: WA
Zip/Postal Code: 98005
Country: USA
Card Type: American Express
Card Number: **********2009
Transaction Date: Jun 28, 2010 3:24:51 PM