THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-cv-265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEVERLY PERDUE & REUBEN F. YOUNG, <br><br> Defendants. | **ORDER** |

This matter is before the Court on Plaintiffs' Motion for Attorneys' Fees and Costs. After reviewing the information provided by the parties, this court finds Plaintiffs are entitled under 42 U.S.C. § 1988 and 28 U.S.C. § 1920 to an award of $48,883.50 and $1,137.87 in attorneys' fees and expenses, respectively, as well as those fees and expenses the Plaintiffs incur from May 2012 through the conclusion of this case. This Court GRANTS Plaintiffs' Motion for Attorneys' Fees and Costs.

SO ORDERED.

This the ____ day of _____, 2012.

_____
MALCOM J. HOWARD
Senior United States District Judge