IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | | |
|---|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) ) | |
| *Plaintiff*s, | ) ) | **MOTION FOR EXTENSION OF TIME** |
| v. | ) ) | |
| BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, | ) ) ) ) | |
| *Defendants.* | ) | |

NOW COMES the undersigned counsel, on behalf of Defendants Beverly Perdue and Reuben F. Young (hereafter collectively "the State Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves the Court for a thirty-day extension of time, up to and including the 25th day of July, 2012, in which to respond to Plaintiff's Motion for Attorneys' Fees and Costs. In support of this motion, the State Defendants show unto the Court the following:

(1) Plaintiffs filed a Motion for Attorneys' Fees and Costs on 11 June 2012. The time for filing the State Defendants' response has not yet expired;

(2) Counsel for the State Defendants is currently involved in discovery in the State's redistricting matters, *Dickson v. Rucho*, No. 11 CVS 16896; *NC NAACP v. State of North Carolina*, No. 11 CVS 16940 (Consolidated), including the taking and/or defending of 8 depositions over the last three weeks, and needs additional time to prepare a response;

(3) Counsel for Plaintiffs has stated that he consents to this motion.

WHEREFORE, the State Defendants move the Court for a thirty-day extension of time, up to and including the 25th day of July, 2012, in which to respond to Plaintiffs' Motion for Attorneys' Fees and Costs.

Respectfully submitted this the 25th day of June. 2012.

    ROY COOPER
    Attorney General

    /s/ Alexander McC. Peters
    Alexander McC. Peters
    Special Deputy Attorney General
    State Bar No. 13654
    apeters@ncdoj.gov

    North Carolina Department of Justice
    Post Office Box 629
    Raleigh, NC  27602
    Telephone: (919) 716-6900
    Facsimile:  (919) 716-6763
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wes J. Camden
Kearns Davis
Brooks, Pierce, McLendon
  Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
  Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

and via U.S. mail, first-class postage paid thereon, addressed to:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

This the 25th day of June, 2011.

        /s/ Alexander McC. Peters
        Alexander McC. Peters
        Special Deputy Attorney General