IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | **SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ATTORNEYS' FEES AND COSTS** |

NOW COME defendants Beverly Perdue and Reuben F. Young (hereafter collectively "the State Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and move the Court for a seven-day extension of time, up to and including the 2nd day of August, 2012, in which to respond to Plaintiff's Motion for Attorneys' Fees and Costs. In support of this motion, the State Defendants show unto the Court the following:

(1) Plaintiffs filed a Motion for Attorneys' Fees and Costs on 11 June 2012. Defendants were granted a thirty-day extension of time until 25 July 2012 for filing the State Defendants' response;

(2) Counsel for the parties are working to resolve any disputes concerning the Motion with the hope of presenting a consent order to the Court, but need additional time to complete these discussions and prepare a consent order;

(3) Counsel for plaintiffs have informed the undersigned that they consent to this motion.

**WHEREFORE**, the State Defendants move the Court for a seven-day extension of time, up to and including 2 August 2012, in which to respond to Plaintiffs' Motion for Attorneys' Fees and Costs.

Respectfully submitted this the 24th day of July, 2012.

>ROY COOPER
>Attorney General
>
>/s/ Alexander McC. Peters
>Alexander McC. Peters
>Special Deputy Attorney General
>State Bar No. 13654
>apeters@ncdoj.gov
>
>North Carolina Department of Justice
>Post Office Box 629
>Raleigh, NC 27602
>Telephone: (919) 716-6900
>Facsimile: (919) 716-6763
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wes J. Camden
Kearns Davis
Brooks, Pierce, McLendon
 Humphrey & Leonard, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
Bell, Davis & Pitt
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
Jordan Price Wall Gray Jones &
 Carlton, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

and via U.S. mail, first-class postage paid thereon, addressed to:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

This the 24th day of July, 2012.

/s/ Alexander McC. Peters
Alexander McC. Peters
Special Deputy Attorney General