IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

| | |
|---|---|
| MICHAEL BATEMAN, VIRGIL GREEN, FORREST MINGES, JR., GRNC/FFE, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BEVERLY PERDUE, REUBEN F. YOUNG, STOKES COUNTY, and CITY OF KING, <br><br> *Defendants*. | **ORDER AND JUDGMENT FOR FEES AND COSTS** |

**THIS MATTER** came to be heard and was heard on plaintiffs' Motion for Attorneys' Fees and Costs, filed pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d) and Local Rule 54.1. In support of the motion, plaintiffs filed the declarations of Alan Gura, counsel for plaintiffs, and Kearns Davis, local counsel for plaintiffs, together with supporting documents concerning fees and costs.

For good cause shown, and with the consent of the parties, the undersigned finds and concludes as matters of fact and law that an award of costs and attorneys' fees is reasonable given the totality of the facts and circumstances of this case and that the costs and fees sought by plaintiffs in their motion, and in supplemental documentation provided to defendants showing $4,818.00 in fees related to the Motion for Attorneys' Fees and Costs, are likewise reasonable and should be awarded in their entirety, with the exception of $787.87 in costs attributable to travel and related expenses and to overhead.

It is, therefore, **ORDERED** as follows:

1. Plaintiffs' Motion for Attorneys' Fees and Costs is **ALLOWED**; and

2. Attorneys' fees in the amount of Fifty-Three Thousand Six Hundred and Ninety-Seven and 50/100 Dollars ($53,697.50) and costs in the amount of Three Hundred and Fifty Dollars ($350.00) are taxed against defendants .

This the _____ day of _____, 2012.

                                                                                                                                   _____
                                                                                                                                   Malcolm J Howard
                                                                                                                                   Senior United States District Judge

WE DO NOT OPPOSE:

Dated: August 3, 2012                          GURA & POSSESSKY, PLLC

                                                            /s/ Alan Gura_____
                                                            Alan Gura
                                                            101 N. Columbus Street, Suite 405
                                                           Alexandria, VA 22314
                                                           Telephone: 703.835.9085
                                                           Facsimile: 703.997.7665

                                                           *Counsel for Plaintiffs*

Dated: August 3, 2012                          BROOKS, PIERCE, MCLENDON, HUMPHREY
                                                               & LEONARD, L.L.P.

                                                           /s/ Kearns Davis_____
                                                           Kearns Davis
                                                           State Bar No. 22014
                                                           P.O. Box 1800
                                                           Raleigh, NC 27602
                                                           Telephone: 919.839.0300
                                                           Facsimile: 919.839.0304
                                                           kdavis@brookspierce.com

                                                           *Local Rule 83.1 Counsel for Plaintiffs*

-2-

Dated: August 3, 2012				North Carolina Department of Justice

/s/ Alexander McC. Peters
Alexander McC. Peters
Special Deputy Attorney General
State Bar No. 13654
Post Office Box 629
Raleigh, NC 27602
Telephone: 919.716.6900
Facsimile: 919.716.6763
apeters@ncdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wes J. Camden
Kearns Davis
BROOKS, PIERCE, MCLENDON
 HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602

Walter W. Pitt, Jr.
Kevin G. Williams
BELL, DAVIS & PITT
P.O. Box 21029
Winston-Salem, NC 27120

Henry W. Jones, Jr.
Lori P. Jones
JORDAN PRICE WALL GRAY JONES &
 CARLTON, PLLC
1951 Clark Avenue
P.O. Box 10669
Raleigh, NC 27605

and via U.S. mail, first-class postage paid thereon, addressed to:

Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

This the 3rd day of August, 2012.

/s/ Alexander McC. Peters
Alexander McC. Peters
Special Deputy Attorney General