IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-00265-H

MICHAEL BATEMAN, VIRGIL GREEN, )
FORREST MINGES, JR., GRNC/FFE, INC., )
and SECOND AMENDMENT FOUNDATION, )
INC., )
                )
           *Plaintiffs*, )
                ) **ORDER AND JUDGMENT FOR FEES**
       v.           ) **AND COSTS**
                )
BEVERLY PERDUE, REUBEN F. YOUNG, )
STOKES COUNTY, and CITY OF KING, )
                )
          *Defendants*. )

**THIS MATTER** came to be heard and was heard on plaintiffs' Motion for Attorneys' Fees and Costs, filed pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d) and Local Rule 54.1. In support of the motion, plaintiffs filed the declarations of Alan Gura, counsel for plaintiffs, and Kearns Davis, local counsel for plaintiffs, together with supporting documents concerning fees and costs.

For good cause shown, and with the consent of the parties, the undersigned finds and concludes as matters of fact and law that an award of costs and attorneys' fees is reasonable given the totality of the facts and circumstances of this case and that the costs and fees sought by plaintiffs in their motion, and in supplemental documentation provided to defendants showing $4,818.00 in fees related to the Motion for Attorneys' Fees and Costs, are likewise reasonable and should be awarded in their entirety, with the exception of $787.87 in costs attributable to travel and related expenses and to overhead.

It is, therefore, **ORDERED** as follows:

1. Plaintiffs' Motion for Attorneys' Fees and Costs is **ALLOWED**; and

2. Attorneys' fees in the amount of Fifty-Three Thousand Six Hundred and Ninety-Seven and 50/100 Dollars ($53,697.50) and costs in the amount of Three Hundred and Fifty Dollars ($350.00) are taxed against defendants.

This the 18th day of March, 2013.

Malcolm J Howard
Senior United States District Judge

WE DO NOT OPPOSE:

Dated: August 3, 2012

GURA & POSSESSKY, PLLC

/s/ Alan Gura
Alan Gura
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
Telephone: 703.835.9085
Facsimile: 703.997.7665

*Counsel for Plaintiffs*

Dated: August 3, 2012

BROOKS, PIERCE, MCLENDON, HUMPHREY
&LEONARD, L.L.P.

/s/ Kearns Davis
Kearns Davis
State Bar No. 22014
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919.839.0300
Facsimile: 919.839.0304
kdavis@brookspierce.com

*Local Rule 83.1 Counsel for Plaintiffs*

-2-

Dated: August 3, 2012					North Carolina Department of Justice

							/s/ Alexander McC. Peters
							Alexander McC. Peters
							Special Deputy Attorney General
							State Bar No. 13654
							Post Office Box 629
							Raleigh, NC 27602
							Telephone: 919.716.6900
							Facsimile: 919.716.6763
							apeters@ncdoj.gov

							*Counsel for Defendants*